EHRA / SHRA Staff by Institution Fall 2020 (2021 Fact Sheet)

| Institution | EHRA | SHRA |
|---|---|---|
| Appalachian State | 583 | 1268 |
| Elizabeth City State | 96 | 157 |
| East Carolina | 862 | 2998 |
| Fayetteville State | 167 | 339 |
| NC Agricultural &Technical State | 372 | 843 |
| NC Central | 300 | 525 |
| NC State | 2767 | 4115 |
| UNC-Asheville | 145 | 299 |
| UNC-Charlotte | 807 | 1688 |
| UNC-Chapel Hill | 2658 | 6331 |
| UNC-Greensboro | 745 | 1088 |
| UNC-Pembroke | 182 | 395 |
| UNC – School of the Arts | 89 | 236 |
| UNC – Wilmington | 405 | 1017 |
| Western Carolina | 341 | 680 |
| Winston-Salem State | 160 | 371 |
| **Total** | **10679** | **22350** |

The UNC system-wise number of EHRA non-faculty appointments as of October 2021 was 10,827.

## BNA Involuntary Layoff/Discharge Rates (Averages) (2012-2022)

For NCAIS category 61 (Educational Services)            .05

For NCAIS category 923 (State and Local Govt Education)      1.1

| BNA Industry | Average involuntary layoff/discharge percentage | Estimated class members / year (% of 10,679) |
|---|---|---|
| Educational Services 61 | .05 | 53.395 |
| State and Local Government Education 923 | 1.1 | 117.469 |

 ## 2021 Fact Sheet 

### 🏛 Institutional Characteristics



| Institution, City | Appalachian State University, Boone, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Business, Management, and Marketing; 2) Health Professions; 3) Education; 4) Communication and Journalism; 5) Psychology |
| Carnegie Class | Master's Colleges and Universities (larger programs) |
| Credit Rating | Aa3 (Moody's) |
| Total Enrollment | 20,641 (Fall 2021) |

### 🔍 Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 84.7%**

- ■ Admitted = 17,886
- ■ Applied = 21,120



**Yield Rate: 22.9%**

- ■ Enrolled = 4,099
- ■ Admitted = 17,886



**Admissions Metrics for Admitted Students**

**Test Scores:**

| | |
|---|---|
| Average SAT Reading | 628 |
| Average SAT Math | 621 |
| Average ACT Composite | 27 |
| Average HS GPA | 4.06 |
| Average HS Rank Percentile | 73.3 |

**Enrolled Student High School Type:**

- ■ NC Public: 3,262 (79.6%)
- ■ NC Private: 281 (6.9%)
- ■ Out-of-State: 556 (13.6%)
- ■ Unknown: 0 (0.0%)

### 👥 Enrollment, Fall 2021

**Total Enrollment: 20,641**

Undergraduate: 18,555 (89.9%)   Graduate: 2,086 (10.1%)

**Percentage of Undergraduate Enrollment**



- New Transfers **27.1%**
- Pell Grant Recipients **28.4%**
- Students Age 25 and Over **5.0%**

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | 1.8% | 1.2% |
| Black or African American | 3.2% | 8.5% |
| Hispanic or Latino | 8.2% | 3.5% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 4.6% | 1.1% |
| White | 80.8% | 83.5% |
| Unknown or Non-Resident Alien | 1.2% | 2.0% |

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 92.4% | 90.7% |
| Full-time | 93.9% | 44.1% |
| Female | 56.7% | 70.4% |
| Military Service | 797 | 277 |



## Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: **86.2%**

5-Year Change: ▲ 2%

**Total Degrees Awarded: 4,879**

- Bachelor's Degrees: 4,213
- Master's Degrees: 654
- Doctoral/Professional Degrees: 12

5-Year Change: ▲ 9%

### Graduation Rate (Any US University)
■ 4-Year ■ 5-Year ■ 6-Year

- 80.8% → 81.3% → 78.8%
- 77.0%
- 56.2% → 62.6%

First-Year Class: 2012, 2013, 2014, 2015, 2016

5-Year Change in 4-Year Graduation Rate: ▲ 11%

## Faculty and Staff, Fall 2020



Total Permanent Full-Time Employees: 2,892

| Faculty: 1,041 | SHRA Staff: 1,268 | EHRA Staff: 583 |

Faculty: 1,041

Tenured/Tenure-Track: **71.6%**

Faculty/Staff Engagement Positivity ............ 55.0%
*Median Public Institution Benchmark* ......... 65.0%

Voluntary Turnover Rate ................................. 4.9%
*Median Public Institution Benchmark* ......... 7.5%

Permanent Full-Time Staff ........................... 1,851

Median Length (Years) of
Faculty/Staff Employment .......................... 10.5

Student to Faculty Ratio .............................. 16:1

## Revenues and Expenditures, FY20

**Revenues**



- Tuitions & Fees (net of aid): 28.2%
- State Appropriations: 32.8%
- Other Revenues: 39.0%

**Total Expenditures: $437.1 million**



- Instruction: 33.0%
- Research: 1.3%
- Public Service: 2.1%
- Student Services: 3.1%
- Academic Support: 10.1%
- Institutional Support: 8.7%
- Other Expenses: 41.6%

## Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ..................... $7,289
Tuition & Fees (Out-of-State, On-Campus) ............ $22,896
Students Awarded Grants and Scholarships ......... 16,686
Average Grant or Scholarship Amount
Among Recipients ..................................... $16,260
Average Federal Debt of Bachelor's
Completers (in-state borrowers) ................. $19,566
% of Bachelor's Completers that Borrowed ............ 55.7%
Loan Default Rate ................................................. 3.9%
Average Cost of Attendance after Grants
and Scholarships ...................................... $10,687

## Impact and Engagement

Alumni Working in NC ..................................................... 39,279
Research Awards ............................................................ $36M
Alumni with National Board
Teaching Credentials.................. #1 in nation, 5 years running
Savings through Energy Reduction ..................... $30,376,000
Watauga County AppKIDS program
        Providing food and clothing ................Over 40 years
NC Industries Employing the Most Alumni .......... Accounting;
Construction Management; Banking and Finance; Education;
Healthcare; and Insurance and Risk Management

ASU, Factsheet Page 2

 

# 2021 Fact Sheet

 **Institutional Characteristics**



| | |
|---|---|
| Institution, City | Elizabeth City State University, Elizabeth City, NC |
| Top 5 Undergraduate Degree Fields | 1) Interdisciplinary Studies; 2) Homeland Security, Law Enforcement, and Firefighting; 3) Business, Management, and Marketing; 4) Parks, Recreation, Leisure, Fitness, and Kinesiology; 5) Public Administration |
| Carnegie Class | Baccalaureate Colleges--Diverse Fields |
| Credit Rating | Baa2 (Moody's) |
| Total Enrollment | 2,054 (Fall 2021) |

 **Admissions, Fall 2021**       Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 76.8%**

- Admitted = 2,590
- Applied = 3,373

**Yield Rate: 12.5%**

- Enrolled = 324
- Admitted = 2,590

  

**Admissions Metrics for Admitted Students**

**Test Scores:**

Average SAT Reading .......................... 509
Average SAT Math ................................ 489
Average ACT Composite ..................... 18

Average HS GPA ................................... 3.38
Average HS Rank Percentile ............. 63.9

**Enrolled Student High School Type:**

- NC Public: 215 (66.4%)
- NC Private: 4 (1.2%)
- Out-of-State: 100 (30.9%)
- Unknown: 5 (1.5%)

 **Enrollment, Fall 2021**

**Total Enrollment: 2,054**

Undergraduate: 1,956 (95.2%)       Graduate: 98 (4.8%)

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | 0% |
| Asian | <1% | 1.0% |
| Black or African American | 68.4% | 45.9% |
| Hispanic or Latino | 4.7% | 4.1% |
| Native Hawaiian or Other Pacific Islander | <1% | 0% |
| Two or More Races | 5.2% | 1.0% |
| White | 17.6% | 20.4% |
| Unknown or Non-Resident Alien | 3.0% | 27.6% |

**Percentage of Undergraduate Enrollment**



New Transfers: 37.8%
Pell Grant Recipients: 62.7%
Students Age 25 and Over: 20.6%

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 76.6% | 89.8% |
| Full-time | 83.2% | 36.7% |
| Female | 59.8% | 78.6% |
| Military Service | 203 | 1 |

Hoelzer et al v. Lebold, 1:20-cv-1072
MemISOMotClassCert (Rule 23)
Exhibit 1
Page 5 of 44

# Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: **73.3%**

5-Year Change: ▲ 8%

**Total Degrees Awarded: 320**

■ Bachelor's Degrees: 300
■ Master's Degrees: 20

5-Year Change: ▼ -2%



**Graduation Rate (Any US University)**
■ 4-Year ■ 5-Year ■ 6-Year

- 50.7% → 47.5% → 41.7%
- 40.9% → 26.2%
- 23.5%

First-Year Class: 2012, 2013, 2014, 2015, 2016

5-Year Change in 4-Year Graduation Rate: ▲ 30%

# Faculty and Staff, Fall 2020

Total Permanent Full-Time Employees: 352

| Faculty: 99 | SHRA Staff: 157 | EHRA Staff: 96 |

Faculty: 99

Tenured/Tenure-Track: **78.8%**

Faculty/Staff Engagement Positivity ........... 57.0%
*Median Public Institution Benchmark* ....... 65.0%

Voluntary Turnover Rate ................................ 6.9%
*Median Public Institution Benchmark* ........... 7.5%

Permanent Full-Time Staff ....................... 253

Median Length (Years) of
Faculty/Staff Employment ....................... 10.7

Student to Faculty Ratio .............................. 16:1

# Revenues and Expenditures, FY20

**Revenues**

■ Tuitions & Fees (net of aid): 6.1%
■ State Appropriations: 47.8%
■ Other Revenues: 46.0%



**Total Expenditures: $66.6 million**

■ Instruction: 23.3%
■ Research: 1.2%
■ Public Service: 1.5%
■ Student Services: 11.7%
■ Academic Support: 6.8%
■ Institutional Support: 20.2%
■ Other Expenses: 35.3%



# Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ................. $3,326
Tuition & Fees (Out-of-State, On-Campus) ........... $7,326
Students Awarded Grants and Scholarships ......... 2,754
Average Grant or Scholarship Amount
Among Recipients ....................................... $33,830
Average Federal Debt of Bachelor's
Completers (in-state borrowers) ..................... $20,355
% of Bachelor's Completers that Borrowed ......... 72.3%
Loan Default Rate ....................................... 12.8%
Average Cost of Attendance after Grants
and Scholarships ........................................ $3,270

# Impact and Engagement

Alumni Working in NC ..................................... 3,778
Research Awards .............................................. $8M
Community Service
  Hours ..................................................... 559
  Economic Impact .................................. $15,000
FAA Credentials for Aviation Students
  Part 141 Certification Pass Rate ................. 91%
  Private Pilot Certification ............................. 5
  Commerical Pilot Certification ....................... 4
  Certified Flight Instructors ........................... 3

ECSU, Factsheet Page 2

Hoelzer et al v. Lebold, 1:20-cv-1072
MemISOMotClassCert (Rule 23)
Exhibit 1
Page 6 of 44

 # 2021 Fact Sheet 

## 🏛 Institutional Characteristics



| Institution, City | East Carolina University, Greenville, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Business, Management, and Marketing; 2) Health Professions; 3) Engineering-Related Technologies; 4) Education; 5) Biological and Biomedical Sciences |
| Carnegie Class | Doctoral/Research Universities |
| Credit Rating | Aa3 (Moody's) |
| Total Enrollment | 28,021 (Fall 2021) |

## 🔍 Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 93.9%**



- Admitted = 20,560
- Applied = 21,898

**Yield Rate: 19.9%**



- Enrolled = 4,100
- Admitted = 20,560

**Admissions Metrics for Admitted Students**

**Test Scores:**

Average SAT Reading ........................... Null

Average SAT Math ................................ Null

Average ACT Composite ..................... Null

Average HS GPA .................................. 3.75

Average HS Rank Percentile ............. 66.6

**Enrolled Student High School Type:**



- NC Public: 3,197 (78.0%)
- NC Private: 249 (6.1%)
- Out-of-State: 627 (15.3%)
- Unknown: 27 (0.7%)

## 👥 Enrollment, Fall 2021

**Total Enrollment: 28,021**

Undergraduate: 22,463 (80.2%)   Graduate: 5,558 (19.8%)

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | 2.5% | 4.1% |
| Black or African American | 17.1% | 14.9% |
| Hispanic or Latino | 8.7% | 5.0% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 3.7% | 2.2% |
| White | 63.2% | 66.2% |
| Unknown or Non-Resident Alien | 4.1% | 6.9% |

**Percentage of Undergraduate Enrollment**



- New Transfers: 30.2%
- Pell Grant Recipients: 33.8%
- Students Age 25 and Over: 12.6%

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 90.6% | 89.8% |
| Full-time | 81.2% | 46.4% |
| Female | 58.8% | 67.4% |
| Military Service | 1,751 | 534 |



## Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: **80.9%**

5-Year Change: ▼ -2%

**Total Degrees Awarded: 6,750**

5-Year Change: ▲ 14%

- Bachelor's Degrees: 5,101
- Master's Degrees: 1,343
- Doctoral/Professional Degrees: 306

### Graduation Rate (Any US University)
■ 4-Year ■ 5-Year ■ 6-Year

| First-Year Class | 4-Year | 5-Year | 6-Year |
| --- | --- | --- | --- |
| 2012 | 43.5% | 68.8% | 73.7% |
| 2014 | | | 72.8% |
| 2015 | | 70.1% | |
| 2016 | 49.4% | | |

5-Year Change in 4-Year Graduation Rate: ▲ 7%

## Faculty and Staff, Fall 2020



Total Permanent Full-Time Employees: 5,501

| Faculty: 1,641 | SHRA Staff: 2,998 | EHRA Staff: 862 |
| --- | --- | --- |

Faculty: 1,641

| Tenured/Tenure-Track: | **60.5%** |
| --- | --- |

Faculty/Staff Engagement Positivity ........... 57.0%
*Median Public Institution Benchmark* ........ 65.0%

Voluntary Turnover Rate ................................. 6.5%
*Median Public Institution Benchmark* ......... 7.5%

Permanent Full-Time Staff ........................... 3,860

Median Length (Years) of
Faculty/Staff Employment ............................. 8.4

Student to Faculty Ratio ............................... 19:1

## Revenues and Expenditures, FY20

**Revenues**



- Tuitions & Fees (net of aid): 19.2%
- State Appropriations: 32.0%
- Other Revenues: 48.8%

**Total Expenditures: $930.2 million**



- Instruction: 32.6%
- Research: 4.6%
- Public Service: 4.1%
- Student Services: 2.2%
- Academic Support: 4.9%
- Institutional Support: 7.1%
- Other Expenses: 44.7%

## Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ................... $7,146
Tuition & Fees (Out-of-State, On-Campus) ........ $23,423
Students Awarded Grants and Scholarships ....... 27,172
Average Grant or Scholarship Amount
Among Recipients ................................................. $30,886
Average Federal Debt of Bachelor's
Completers (in-state borrowers) ......................... $22,059
% of Bachelor's Completers that Borrowed ........... 63.0%
Loan Default Rate ..................................................... 5.1%
Average Cost of Attendance after Grants
and Scholarships ................................................ $15,403

## Impact and Engagement

Alumni Working in NC ..................................................... 57,057
Research Awards .............................................................. $71M
Grant for Regional Healthcare Services.......................... $51M
RISE 29, Student Entrepreneurship Program
   Student Interns ............................................................. 106
   Consulting Hours ................................................... 30,745
   Small Business Clients .................................................. 34
   Small Businesses Created ............................................ 11
   New Jobs Established .................................................... 32
Student Experiential Learning ................... 2,208 students &
                                                                      65 NC counties

ECU, Factsheet Page 2



# 2021 Fact Sheet



 **Institutional Characteristics**



| Institution, City | Fayetteville State University, Fayetteville, NC |
| --- | --- |
| Top 5 Undergraduate Degree Fields | 1) Health Professions; 2) Business, Management, and Marketing; 3) Homeland Security, Law Enforcement, and Firefighting; 4) Psychology; 5) Social Sciences |
| Carnegie Class | Master's Colleges and Universities (medium programs) |
| Credit Rating | BBB+ (S&P) |
| Total Enrollment | 6,748 (Fall 2021) |

 **Admissions, Fall 2021**  Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 82.1%**

- Admitted = 3,393
- Applied = 4,135



**Yield Rate: 18.6%**

- Enrolled = 632
- Admitted = 3,393



**Admissions Metrics for Admitted Students**

**Test Scores:**

| | |
| --- | --- |
| Average SAT Reading | 496 |
| Average SAT Math | 480 |
| Average ACT Composite | 17 |
| Average HS GPA | 3.36 |
| Average HS Rank Percentile | 60.7 |

**Enrolled Student High School Type:**

- NC Public: 518 (82.0%)
- NC Private: 17 (2.7%)
- Out-of-State: 90 (14.2%)
- Unknown: 7 (1.1%)

 **Enrollment, Fall 2021**

**Total Enrollment: 6,748**

Undergraduate: 5,557 (82.4%)  Graduate: 1,191 (17.6%)

**Percentage of Undergraduate Enrollment**



| New Transfers | Pell Grant Recipients | Students Age 25 and Over |
| --- | --- | --- |
| 55.2% | 57.6% | 43.3% |

| Race and Ethnicity | Undergraduate | Graduate |
| --- | --- | --- |
| American Indian or Alaska Native | 1.4% | <1% |
| Asian | 1.6% | 2.5% |
| Black or African American | 58.6% | 57.1% |
| Hispanic or Latino | 9.2% | 5.6% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 5.5% | 3.0% |
| White | 18.9% | 25.5% |
| Unknown or Non-Resident Alien | 4.5% | 5.1% |

| Other Demographics | Undergraduate | Graduate |
| --- | --- | --- |
| In-State | 93.6% | 91.1% |
| Full-time | 65.8% | 39.5% |
| Female | 70.5% | 67.5% |
| Military Service | 1,365 | 265 |

Hoelzer et al v. Lebold, 1:20-cv-1072
MemISOMotClassCert (Rule 23)
Exhibit 1
Page 9 of 44

## Student Success, Academic Year 20-21



First-to-Second Year Retention Rate: **63.3%**

5-Year Change: ▼ -7%

**Total Degrees Awarded: 1,321**

5-Year Change: ▲ 18%

- Bachelor's Degrees: 1,062
- Master's Degrees: 252
- Doctoral/Professional Degrees: 7

### Graduation Rate (Any US University)
■ 4-Year  ■ 5-Year  ■ 6-Year

| First-Year Class | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| 6-Year | 42.2% | | 42.9% | | |
| 5-Year | 35.5% | | | 37.8% | 28.3% |
| 4-Year | 17.0% | | | | |

5-Year Change in 4-Year Graduation Rate: ▲ 29%

## Faculty and Staff, Fall 2020



Total Permanent Full-Time Employees: 767

| Faculty: 261 | SHRA Staff: 339 | EHRA Staff: 167 |

Faculty: 261
Tenured/Tenure-Track: **73.2%**

Faculty/Staff Engagement Positivity ............ 56.0%
*Median Public Institution Benchmark* ......... 65.0%

Voluntary Turnover Rate ................................. 8.5%
*Median Public Institution Benchmark* ......... 7.5%

Permanent Full-Time Staff ............................. 506

Median Length (Years) of
Faculty/Staff Employment ............................. 10.6

Student to Faculty Ratio ................................. 17:1

## Revenues and Expenditures, FY20

**Revenues**



- Tuitions & Fees (net of aid): 13.0%
- State Appropriations: 45.3%
- Other Revenues: 41.7%

**Total Expenditures: $121.8 million**



- Instruction: 35.3%
- Research: 1.4%
- Public Service: 3.1%
- Student Services: 4.8%
- Academic Support: 9.7%
- Institutional Support: 11.1%
- Other Expenses: 34.7%

## Undergraduate Tuition and Financial Aid, FY21

| | |
|---|---|
| Tuition & Fees (In-State, On-Campus) | $5,379 |
| Tuition & Fees (Out-of-State, On-Campus) | $16,987 |
| Students Awarded Grants and Scholarships | 7,570 |
| Average Grant or Scholarship Amount Among Recipients | $30,514 |
| Average Federal Debt of Bachelor's Completers (in-state borrowers) | $22,695 |
| % of Bachelor's Completers that Borrowed | 64.2% |
| Loan Default Rate | 11.9% |
| Average Cost of Attendance after Grants and Scholarships | $7,016 |

## Impact and Engagement

| | |
|---|---|
| Alumni Working in NC | 9,362 |
| Research Awards | $13M |
| Research and Industry Collaborations 14 partnerships including NASA, DOD, & NIH | |
| Access & Opportunity for Diverse Student Populations | |
| Adult Learners | 52% |
| Military Affiliated | 30% |
| First-Generation Students | 59% |
| Rural Enrollment | 79% |
| Community Service Hours Completed | 155,000 |

FSU, Factsheet Page 2

 NORTH CAROLINA AGRICULTURAL AND TECHNICAL STATE UNIVERSITY

# 2021 Fact Sheet

 THE UNC SYSTEM

 ## Institutional Characteristics 

| | |
|---|---|
| Institution, City | North Carolina A & T State University, Greensboro, NC |
| Top 5 Undergraduate Degree Fields | 1) Engineering; 2) Business, Management, and Marketing; 3) Liberal Arts and Sciences; 4) Communication and Journalism; 5) Psychology |
| Carnegie Class | Doctoral/Research Universities |
| Credit Rating | A1 (Moody's) |
| Total Enrollment | 13,322 (Fall 2021) |

 ## Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 57.3%**


- Admitted = 12,346
- Applied = 21,528

**Yield Rate: 23.7%**


- Enrolled = 2,930
- Admitted = 12,346

**Enrolled Student High School Type:**

- NC Public: 1,845 (63.0%)
- NC Private: 37 (1.3%)
- Out-of-State: 1,047 (35.7%)
- Unknown: 1 (0.0%)



**Admissions Metrics for Admitted Students**

**Test Scores:**

| | |
|---|---|
| Average SAT Reading | 556 |
| Average SAT Math | 542 |
| Average ACT Composite | 20 |
| Average HS GPA | 3.8 |
| Average HS Rank Percentile | 70.4 |

 ## Enrollment, Fall 2021

**Total Enrollment: 13,322**

| Undergraduate: | Graduate: |
|---|---|
| 11,596 (87.0%) | 1,726 (13.0%) |

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | <1% | 2.1% |
| Black or African American | 82.9% | 61.2% |
| Hispanic or Latino | 4.2% | 3.1% |
| Native Hawaiian or Other Pacific Islander | <1% | 0% |
| Two or More Races | 4.4% | 2.7% |
| White | 4.4% | 12.6% |
| Unknown or Non-Resident Alien | 2.9% | 18.0% |

**Percentage of Undergraduate Enrollment**



| | New Transfers | Pell Grant Recipients | Students Age 25 and Over |
|---|---|---|---|
| | 21.0% | 54.7% | 9.3% |

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 71.2% | 70.2% |
| Full-time | 89.2% | 51.5% |
| Female | 60.8% | 60.9% |
| Military Service | 1,050 | 130 |



## Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: 76.8%

**Total Degrees Awarded: 2,541**

- Bachelor's Degrees: 2,107
- Master's Degrees: 372
- Doctoral/Professional Degrees: 62

5-Year Change: ▲ 2%

5-Year Change: ▲ 28%

**Graduation Rate (Any US University)**
■ 4-Year  ■ 5-Year  ■ 6-Year

59.4% — 58.8% — 51.9%
50.6% — 36.4%
28.0%

First-Year Class: 2012, 2013, 2014, 2015, 2016

5-Year Change in 4-Year Graduation Rate: ▲ 26%

## Faculty and Staff, Fall 2020



Total Permanent Full-Time Employees: 1,687

| Faculty : 472 | SHRA Staff: 843 | EHRA Staff: 372 |

Faculty: 472

Tenured/Tenure-Track : 85.2%

Faculty/Staff Engagement Positivity ............ 59.0%
*Median Public Institution Benchmark* ....... 65.0%

Voluntary Turnover Rate .................................. 6.2%
*Median Public Institution Benchmark* ......... 7.5%

Permanent Full-Time Staff .......................... 1,215

Median Length (Years) of
Faculty/Staff Employment .............................. 9.8

Student to Faculty Ratio ............................... 19:1

## Revenues and Expenditures, FY20

**Revenues**



- Tuitions & Fees (net of aid): 22.0%
- State Appropriations 26.7%
- Other Revenues: 51.3%

**Total Expenditures: $309.7 million**



- Instruction: 28.8%
- Research: 9.1%
- Public Service: 2.3%
- Student Services: 2.7%
- Academic Support: 11.2%
- Institutional Support: 10.8%
- Other Expenses: 35.1%

## Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ................... $6,611
Tuition & Fees (Out-of-State, On-Campus) ... $20,121
Students Awarded Grants and Scholarships .... 16,400
Average Grant or Scholarship Amount
Among Recipients ............................................. $17,520
Average Federal Debt of Bachelor's
Completers (in-state borrowers) ................... $26,122
% of Bachelor's Completers that Borrowed ............. 84.6%
Loan Default Rate ............................................. 9.5%
Average Cost of Attendance after Grants
and Scholarships .............................................. $9,587

## Impact and Engagement

Alumni Working in NC .................................................... 14,958
Research Awards ............................................................... $75M
Patents Issued .................................................................. 6
NC Critical Workforce Degrees Awarded
    STEM ...................................................... 828
    Healthcare & K12 .................................... 139
NC A&T holds the Carnegie Foundation's Community
Engagement designation, and in 2021 was awarded the
Association of Public and Land Grant Universities'
Innovation and Economic Prosperity designation.

N.C. A&T, Factsheet Page 2

 # 2021 Fact Sheet 

##  Institutional Characteristics



| Institution, City | North Carolina Central University, Durham, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Business, Management, and Marketing; 2) Social Sciences; 3) Homeland Security, Law Enforcement, and Firefighting; 4) Health Professions; 5) Psychology |
| Carnegie Class | Master's Colleges and Universities (larger programs) |
| Credit Rating | A3 (Moody's) |
| Total Enrollment | 7,953 (Fall 2021) |

##  Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 76.0%**



- Admitted = 6,267
- Applied = 8,244

**Yield Rate: 18.0%**



- Enrolled = 1,130
- Admitted = 6,267

**Admissions Metrics for Admitted Students**

**Test Scores:**

Average SAT Reading ............................ 552

Average SAT Math ................................ 531

Average ACT Composite ...................... 20

**Enrolled Student High School Type:**

- NC Public: 821 (72.7%)
- NC Private: 14 (1.2%)
- Out-of-State: 286 (25.3%)
- Unknown: 9 (0.8%)

Average HS GPA ................................. 3.44

Average HS Rank Percentile ............. 62.8

##  Enrollment, Fall 2021

**Total Enrollment: 7,953**

| Undergraduate: | Graduate: |
|---|---|
| 5,892 (74.1%) | 2,061 (25.9%) |

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | 1.2% | 1.6% |
| Black or African American | 78.1% | 62.8% |
| Hispanic or Latino | 7.5% | 5.3% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 4.7% | 3.9% |
| White | 5.4% | 23.9% |
| Unknown or Non-Resident Alien | 2.7% | 1.9% |

**Percentage of Undergraduate Enrollment**



New Transfers 29.4% | Pell Grant Recipients 63.4% | Students Age 25 and Over 18.6%

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 82.6% | 80.5% |
| Full-time | 81.0% | 68.8% |
| Female | 70.5% | 74.2% |
| Military Service | 446 | 31 |

## Student Success, Academic Year 20-21



First-to-Second Year Retention Rate: **73.6%**

5-Year Change: ▼ -9%

**Total Degrees Awarded: 1,603**

5-Year Change: ▼ -4%

- Bachelor's Degrees: 1,030
- Master's Degrees: 486
- Doctoral/Professional Degrees: 87

**Graduation Rate (Any US University)**
■ 4-Year  ■ 5-Year  ■ 6-Year

First-Year Class: 2012, 2013, 2014, 2015, 2016

52.6% ... 58.9% ... 52.1%
46.2% ... 
23.2% ... 28.7%

5-Year Change in 4-Year Graduation Rate: ▲ 27%

## Faculty and Staff, Fall 2020



Total Permanent Full-Time Employees: 1,215

| Faculty: 390 | SHRA Staff: 525 | EHRA Staff: 300 |

Faculty: 390

| Tenured/Tenure-Track: | 66.2% |

Faculty/Staff Engagement Positivity ............ 49.0%
*Median Public Institution Benchmark* ........ 65.0%

Voluntary Turnover Rate ...................... 7.4%
*Median Public Institution Benchmark* .......... 7.5%

Permanent Full-Time Staff ..................... 825

Median Length (Years) of
Faculty/Staff Employment ..................... 10.3

Student to Faculty Ratio ...................... 16:1

## Revenues and Expenditures, FY20

**Revenues**



- Tuitions & Fees (net of aid): 21.8%
- State Appropriations 39.5%
- Other Revenues 38.7%

**Total Expenditures: $219.1 million**



- Instruction: 36.4%
- Research: 5.7%
- Public Service: 0.4%
- Student Services: 2.3%
- Academic Support: 10.3%
- Institutional Support: 8.6%
- Other Expenses: 36.3%

## Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ................ $6,447
Tuition & Fees (Out-of-State, On-Campus) .......... $19,154
Students Awarded Grants and Scholarships ........ 10,098
Average Grant or Scholarship Amount
Among Recipients ...................................... $37,314
Average Federal Debt of Bachelor's
Completers (in-state borrowers) .................... $28,379
% of Bachelor's Completers that Borrowed ......... 84.0%
Loan Default Rate ...................................... 6.9%
Average Cost of Attendance after Grants
and Scholarships ...................................... $13,324

## Impact and Engagement

Alumni Working in NC ................................... 15,276
Research Awards ....................................... $24M
Economic Impact (Six County Service Area, including
Alamance, Durham, Granville, Guilford, Orange, Wake)
    Jobs Supported .................................. 7,206
    Financial Impact .............................. $506M
Community Service
    Hours Completed ........................... 181,965
    Volunteer Service Hourly Valuation ............. $25.43
    Economic Impact to Community ................ $4.6M
Educators Throughout NC .......................... 1,866

NCCU, Factsheet Page 2



# 2021 Fact Sheet

## 🏛 Institutional Characteristics



| Institution, City | North Carolina State University, Raleigh, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Engineering; 2) Business, Management, and Marketing; 3) Biological and Biomedical Sciences; 4) Agricultural/Animal/Plant/Veterinary Science; 5) Social Sciences |
| Carnegie Class | Research Universities (very high research activity) |
| Credit Rating | Aa1 (Moody's) |
| Total Enrollment | 36,831 (Fall 2021) |

## 🔍 Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 47.5%**



| | | |
|---|---|---|
| ■ Admitted = | 15,669 | |
| ■ Applied = | 32,998 | |

**Yield Rate: 32.2%**



| | | |
|---|---|---|
| ■ Enrolled = | 5,046 | |
| ■ Admitted = | 15,669 | |

**Enrolled Student High School Type:**

| | | |
|---|---|---|
| ■ NC Public: | 3,653 | (72.4%) |
| ■ NC Private: | 412 | (8.2%) |
| ■ Out-of-State: | 945 | (18.7%) |
| ■ Unknown: | 36 | (0.7%) |



**Admissions Metrics for Admitted Students**

**Test Scores:**

| | |
|---|---|
| Average SAT Reading | 678 |
| Average SAT Math | 700 |
| Average ACT Composite | 31 |
| Average HS GPA | 4.32 |
| Average HS Rank Percentile | 87.5 |

## 👥 Enrollment, Fall 2021

**Total Enrollment: 36,831**

| Undergraduate: 26,505 (72.0%) | Graduate: 10,326 (28.0%) |
|---|---|

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | 8.4% | 5.3% |
| Black or African American | 6.0% | 7.7% |
| Hispanic or Latino | 7.4% | 4.1% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 4.3% | 2.4% |
| White | 67.4% | 52.5% |
| Unknown or Non-Resident Alien | 6.1% | 27.5% |

**Percentage of Undergraduate Enrollment**



| | New Transfers | Pell Grant Recipients | Students Age 25 and Over |
|---|---|---|---|
| | 21.8% | 20.3% | 4.1% |

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 88.4% | 64.5% |
| Full-time | 88.3% | 55.1% |
| Female | 49.1% | 50.2% |
| Military Service | 384 | 343 |



## Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: **94.3%**

5-Year Change: ▲ 1%

**Total Degrees Awarded: 10,021**

- Bachelor's Degrees: 6,377
- Master's Degrees: 2,893
- Doctoral/Professional Degrees: 626
- Associate Degrees: 125

5-Year Change: ▲ 12%

### Graduation Rate (Any US University)
■ 4-Year  ■ 5-Year  ■ 6-Year

86.6% → 89.4%
81.8% → 85.8%
56.4% → 67.6%

First-Year Class: 2012, 2013, 2014, 2015, 2016

5-Year Change in 4-Year Graduation Rate: ▲ 23%

## Faculty and Staff, Fall 2020

Total Permanent Full-Time Employees: 8,880

| Faculty: 1,998 | SHRA Staff: 4,115 | EHRA Staff: 2,767 |

Faculty: 1,998

Tenured/Tenure-Track: **72.9%**

Faculty/Staff Engagement Positivity ........... 65.0%
*Median Public Institution Benchmark* ........ 65.0%

Voluntary Turnover Rate .................................. 6.4%
*Median Public Institution Benchmark* ........... 7.5%

Permanent Full-Time Staff ............................. 6,882

Median Length (Years) of
Faculty/Staff Employment ................................. 8.4

Student to Faculty Ratio ..................................... 14:1

## Revenues and Expenditures, FY20



**Revenues**

- Tuitions & Fees (net of aid): 20.3%
- State Appropriations: 29.8%
- Other Revenues: 49.8%

**Total Expenditures: $1623.2 million**

- Instruction: 30.9%
- Research: 21.5%
- Public Service: 8.6%
- Student Services: 2.6%
- Academic Support: 6.7%
- Institutional Support: 7.1%
- Other Expenses: 22.6%



## Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) .................... $8,925
Tuition & Fees (Out-of-State, On-Campus) .......... $29,710
Students Awarded Grants and Scholarships ......... 28,872
Average Grant or Scholarship Amount
Among Recipients ................................................ $20,350
Average Federal Debt of Bachelor's
Completers (in-state borrowers) ......................... $19,361
% of Bachelor's Completers that Borrowed ......... 49.0%
Loan Default Rate ....................................................... 2.9%
Average Cost of Attendance after Grants
and Scholarships .................................................. $14,600



## Impact and Engagement

Alumni Working in NC ................................................. 64,062
Research Awards ......................................................... $382M
Patents Issued ..................................................................... 53
Startups Created ................................................................. 20
Invention Disclosures ..................................................... 269
STEM Degrees Awarded ............................................. 5,918
National Ranking in Research Expenditures ................. 6th

Centennial Campus houses more than 75 industry, government and nonprofit university partners.

NC State, Factsheet Page 2



# 2021 Fact Sheet



 ## Institutional Characteristics



| Institution, City | University of North Carolina at Asheville, Asheville, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Visual and Performing Arts; 2) Psychology; 3) Social Sciences; 4) Business, Management, and Marketing; 5) Natural Resources and Conservation |
| Carnegie Class | Baccalaureate Colleges--Arts & Sciences |
| Credit Rating | A1 (Moody's) |
| Total Enrollment | 3,233 (Fall 2021) |

 ## Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 81.6%**



- Admitted = 3,714
- Applied = 4,550

**Yield Rate: 16.3%**



- Enrolled = 605
- Admitted = 3,714

**Admissions Metrics for Admitted Students**

**Test Scores:**

| | |
|---|---|
| Average SAT Reading | 626 |
| Average SAT Math | 599 |
| Average ACT Composite | 25 |
| Average HS GPA | 3.89 |
| Average HS Rank Percentile | 69.2 |

**Enrolled Student High School Type:**

- NC Public: 447 (73.9%)
- NC Private: 40 (6.6%)
- Out-of-State: 115 (19.0%)
- Unknown: 3 (0.5%)



 ## Enrollment, Fall 2021

**Total Enrollment: 3,233**

Undergraduate: 3,233 (100.0%)  Graduate: 0 (0.0%)

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | 0% |
| Asian | 1.6% | 0% |
| Black or African American | 4.9% | 0% |
| Hispanic or Latino | 8.4% | 0% |
| Native Hawaiian or Other Pacific Islander | <1% | 0% |
| Two or More Races | 4.5% | 0% |
| White | 73.8% | 0% |
| Unknown or Non-Resident Alien | 6.5% | 0% |

**Percentage of Undergraduate Enrollment**



| | New Transfers | Pell Grant Recipients | Students Age 25 and Over |
|---|---|---|---|
| | 32.9% | 37.6% | 14.1% |

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 86.8% | 0.0% |
| Full-time | 86.8% | 0.0% |
| Female | 57.5% | 0.0% |
| Military Service | 135 | 0 |



## Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: **74.7%**

5-Year Change: ▼ -4%

**Total Degrees Awarded: 742**

🟡 Bachelor's Degrees: 733
🔵 Master's Degrees: 9

5-Year Change: ▼ -5%

### Graduation Rate (Any US University)
🟦 4-Year  🔵 5-Year  🟡 6-Year

- 78.3%, 73.4% (2012), 73.7% (2014), 73.4% (2016)
- 52.7% (2012), 52.2% (2016)

First-Year Class: 2012, 2013, 2014, 2015, 2016

5-Year Change in 4-Year Graduation Rate: ▼ -14%

## Faculty and Staff, Fall 2020



Total Permanent Full-Time Employees: 674

| Faculty: 230 | SHRA Staff: 299 | EHRA Staff: 145 |

Faculty: 230

Tenured/Tenure-Track: **72.6%**

Faculty/Staff Engagement Positivity ............ 55.0%
*Median Public Institution Benchmark* ........ 65.0%

Voluntary Turnover Rate ................................. 9.1%
*Median Public Institution Benchmark* ........... 7.5%

Permanent Full-Time Staff ............................... 444

Median Length (Years) of
Faculty/Staff Employment ................................ 8.5

Student to Faculty Ratio ................................. 13:1

## Revenues and Expenditures, FY20

**Revenues**



🔵 Tuitions & Fees (net of aid): 20.0%
🟡 State Appropriations: 37.8%
🔵 Other Revenues: 42.2%

**Total Expenditures: $100.7 million**



🟡 Instruction: 30.8%
🔵 Research: 1.9%
🔵 Public Service: 2.1%
🟢 Student Services: 6.7%
🔴 Academic Support: 5.2%
🟣 Institutional Support: 12.1%
⚪ Other Expenses: 41.3%

## Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ..................... $7,153
Tuition & Fees (Out-of-State, On-Campus) .............. $24,501
Students Awarded Grants and Scholarships ............... 4,756
Average Grant or Scholarship Amount
Among Recipients ...................................................... $14,654
Average Federal Debt of Bachelor's
Completers (in-state borrowers) ............................... $20,041
% of Bachelor's Completers that Borrowed ............... 58.3%
Loan Default Rate ........................................................ 5.7%
Average Cost of Attendance after Grants
and Scholarships ...................................................... $13,854

## Impact and Engagement

Alumni Working in NC ........................................... 5,915
Research Awards ..................................................... $5M
Economic Impact (Four County Service Area)
    Financial Impact ............................................. $450M
    Jobs Supported ............................................... 3,911
    Labor Income .................................................. $165M
    Tax Revenue Generated ..................................... $62M
Return on Investment ................................. $11.30 increase
    in economic output for every $1 appropriated
Community Service Hours Completed .................... 100,000

UNCA, Factsheet Page 2

 

# 2021 Fact Sheet

 ## Institutional Characteristics



| Institution, City | University of North Carolina at Charlotte, Charlotte, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Business, Management, and Marketing; 2) Health Professions; 3) Computer And Information Sciences; 4) Engineering; 5) Social Sciences |
| Carnegie Class | Doctoral/Research Universities |
| Credit Rating | Aa3 (Moody's) |
| Total Enrollment | 30,448 (Fall 2021) |

 ## Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 79.4%**



- Admitted = 16,180
- Applied = 20,366

**Yield Rate: 26.3%**



- Enrolled = 4,256
- Admitted = 16,180

**Admissions Metrics for Admitted Students**

**Test Scores:**

| | |
|---|---|
| Average SAT Reading | 624 |
| Average SAT Math | 631 |
| Average ACT Composite | 24 |
| Average HS GPA | 4.05 |
| Average HS Rank Percentile | 76 |

**Enrolled Student High School Type:**



- NC Public: 3,591 (84.4%)
- NC Private: 204 (4.8%)
- Out-of-State: 398 (9.4%)
- Unknown: 63 (1.5%)

 ## Enrollment, Fall 2021

**Total Enrollment: 30,448**

Undergraduate: 24,116 (79.2%)   Graduate: 6,332 (20.8%)

**Percentage of Undergraduate Enrollment**

- New Transfers: 38.0%
- Pell Grant Recipients: 35.4%
- Students Age 25 and Over: 11.6%

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | 9.2% | 4.2% |
| Black or African American | 16.4% | 16.2% |
| Hispanic or Latino | 12.9% | 6.1% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 4.8% | 2.6% |
| White | 52.4% | 49.7% |
| Unknown or Non-Resident Alien | 3.8% | 21.0% |

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 91.7% | 74.9% |
| Full-time | 85.6% | 43.4% |
| Female | 47.5% | 60.6% |
| Military Service | 990 | 77 |



## 🏁 Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: **84.6%**

5-Year Change: ▲ 4%

**Total Degrees Awarded: 8,037**

- 🟨 Bachelor's Degrees: 6,133
- 🟦 Master's Degrees: 1,712
- 🟦 Doctoral/Professional Degrees: 192

5-Year Change: ▲ 19%

### Graduation Rate (Any US University)
■ 4-Year  ■ 5-Year  ■ 6-Year

- 68.4% → 74.1% (6-Year)
- 62.1% → 71.0% (5-Year)
- 36.4% → 52.5% (4-Year)

First-Year Class: 2012, 2013, 2014, 2015, 2016

5-Year Change in 4-Year Graduation Rate: ▲ 48%

## 👥 Faculty and Staff, Fall 2020

Total Permanent Full-Time Employees: 3,634

| Faculty: 1,139 | SHRA Staff: 1,688 | EHRA Staff: 807 |

Faculty: 1,139

Tenured/Tenure-Track: **68.9%**

Faculty/Staff Engagement Positivity .......... 64.0%
*Median Public Institution Benchmark* ....... 65.0%

Voluntary Turnover Rate ................................. 6.2%
*Median Public Institution Benchmark* ......... 7.5%

Permanent Full-Time Staff .......................... 2,495

Median Length (Years) of
Faculty/Staff Employment ............................ 7.8

Student to Faculty Ratio ............................. 20:1

## 💲 Revenues and Expenditures, FY20

**Revenues**

- 🟦 Tuitions & Fees (net of aid): 28.5%
- 🟨 State Appropriations: 34.8%
- 🟦 Other Revenues: 36.7%



**Total Expenditures: $693.5 million**

- 🟨 Instruction: 37.0%
- 🟩 Research: 4.6%
- 🟦 Public Service: 0.5%
- 🟩 Student Services: 4.6%
- 🟥 Academic Support: 8.6%
- 🟥 Institutional Support: 8.0%
- ⬜ Other Expenses: 36.6%



## 💲 Undergraduate Tuition and Financial Aid, FY21



| | |
|---|---|
| Tuition & Fees (In-State, On-Campus) | $6,997 |
| Tuition & Fees (Out-of-State, On-Campus) | $20,431 |
| Students Awarded Grants and Scholarships | 24,630 |
| Average Grant or Scholarship Amount Among Recipients | $29,386 |
| Average Federal Debt of Bachelor's Completers (in-state borrowers) | $20,774 |
| % of Bachelor's Completers that Borrowed | 61.7% |
| Loan Default Rate | 5.9% |
| Average Cost of Attendance after Grants and Scholarships | $16,029 |

## 🌐 Impact and Engagement



Alumni Working in NC ................................... 51,147
Research Awards ............................................ $38M
Access and Opportunity for Diverse Student Populations
Transfer Students Served .................. 88%, #1 in System
African American Students Graduating in Computer and Physical Sciences ........................ #1 Producer in NC
African American Students Graduating in Engineering .................................. #3 Producer in NC
Bachelor's Degrees for LatinX Students................................... #1 Producer in NC

UNCC, Factsheet Page 2

 

# 2021 Fact Sheet



 ## Institutional Characteristics

| | |
|---|---|
| Institution, City | University of North Carolina at Chapel Hill, Chapel Hill, NC |
| Top 5 Undergraduate Degree Fields | 1) Social Sciences; 2) Biological and Biomedical Sciences; 3) Communication and Journalism; 4) Interdisciplinary Studies; 5) Computer And Information Sciences |
| Carnegie Class | Research Universities (very high research activity) |
| Credit Rating | Aaa (Moody's) |
| Total Enrollment | 31,641 (Fall 2021) |

 ## Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 20.4%**



- Admitted = 10,348
- Applied = 50,729

**Yield Rate: 45.3%**



- Enrolled = 4,690
- Admitted = 10,348

**Admissions Metrics for Admitted Students**

**Test Scores:**

Average SAT Reading .......................... 704

Average SAT Math .............................. 726

Average ACT Composite ..................... 30

Average HS GPA ................................. 4.49

Average HS Rank Percentile ............. 92.9

**Enrolled Student High School Type:**



- NC Public: 3,189 (68.0%)
- NC Private: 360 (7.7%)
- Out-of-State: 1,120 (23.9%)
- Unknown: 21 (0.4%)

 ## Enrollment, Fall 2021

**Total Enrollment: 31,641**



Undergraduate: 19,845 (62.7%) | Graduate: 11,796 (37.3%)

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | 12.6% | 9.0% |
| Black or African American | 8.5% | 8.9% |
| Hispanic or Latino | 9.7% | 7.1% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 5.2% | 4.3% |
| White | 55.6% | 59.5% |
| Unknown or Non-Resident Alien | 7.9% | 10.9% |

**Percentage of Undergraduate Enrollment**



New Transfers: 18.1% | Pell Grant Recipients: 22.7% | Students Age 25 and Over: 2.4%

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 81.7% | 55.7% |
| Full-time | 95.4% | 64.1% |
| Female | 60.4% | 58.6% |
| Military Service | 165 | 232 |



## Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: 96.5%

5-Year Change: ▲ 0%

**Total Degrees Awarded: 8,399**

Bachelor's Degrees: 4,951
Master's Degrees: 2,304
Doctoral/Professional Degrees: 1,144

5-Year Change: ▲ 6%

**Graduation Rate (Any US University)**
■ 4-Year  ■ 5-Year  ■ 6-Year

| Year | 6-Year | 5-Year | 4-Year |
|------|--------|--------|--------|
| 2012 | 92.7% | 91.2% | 84.6% |
| 2014 | 93.3% | | |
| 2016 | | 92.1% | 86.8% |

5-Year Change in 4-Year Graduation Rate: ▲ 2%

## Faculty and Staff, Fall 2020

Total Permanent Full-Time Employees: 12,990

| Faculty: 4,002 | SHRA Staff: 6,331 | EHRA Staff: 2,658 |
|---|---|---|

Faculty: 4,002

Tenured/Tenure-Track: 46.8%

Faculty/Staff Engagement Positivity ............ 60.0%
*Median Public Institution Benchmark* ........ 65.0%

Voluntary Turnover Rate ................................ 6.9%
*Median Public Institution Benchmark* .......... 7.5%

Permanent Full-Time Staff ........................... 8,989

Median Length (Years) of
Faculty/Staff Employment .............................. 7.1

Student to Faculty Ratio ............................... 13:1

## Revenues and Expenditures, FY20

**Revenues**



Tuitions & Fees (net of aid): 12.2%
State Appropriations: 16.3%
Other Revenues: 71.6%

**Total Expenditures: $3276.4 million**



Instruction: 24.8%
Research: 20.2%
Public Service: 4.7%
Student Services: 1.4%
Academic Support: 5.3%
Institutional Support: 6.7%
Other Expenses: 36.9%



## Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ........................ $8,790
Tuition & Fees (Out-of-State, On-Campus) ... $36,653
Students Awarded Grants and Scholarships ... 20,422
Average Grant or Scholarship Amount
Among Recipients ..................................... $63,742
Average Federal Debt of Bachelor's
Completers (in-state borrowers) ................. $14,019
% of Bachelor's Completers that Borrowed ............. 35.1%
Loan Default Rate ........................................ 1.9%
Average Cost of Attendance after Grants
and Scholarships ....................................... $10,038



## Impact and Engagement

Alumni Working in NC ............................................. 51,223
State & Local Government ..................................... 602
NC K-12 Schools ................................................. 2,454
Health Care ....................................................... 13,203
12th Largest Research University in the Nation.
Research Awards ..................................................... $959M

Gene Therapy Technology developed at UNC recently led
Pfizer to invest over $600 million in a manufacturing plant
in rural Lee County, employing over 300 North Carolinians

UNC-CH, Factsheet Page 2

 

# 2021 Fact Sheet

 ## Institutional Characteristics



| Institution, City | University of North Carolina at Greensboro, Greensboro, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Business, Management, and Marketing; 2) Health Professions; 3) Social Sciences; 4) Visual and Performing Arts; 5) Parks, Recreation, Leisure, Fitness, and Kinesiology |
| Carnegie Class | Research Universities (high research activity) |
| Credit Rating | Aa3 (Moody's) |
| Total Enrollment | 19,038 (Fall 2021) |

 ## Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 90.8%**

- Admitted = 9,716
- Applied = 10,696



**Yield Rate: 26.2%**

- Enrolled = 2,543
- Admitted = 9,716



**Admissions Metrics for Admitted Students**

**Test Scores:**

Average SAT Reading .......................... 616

Average SAT Math ............................. 596

Average ACT Composite ..................... 25

Average HS GPA ................................. 3.73

Average HS Rank Percentile ............. 65.3

**Enrolled Student High School Type:**

- NC Public: 2,245 (88.3%)
- NC Private: 86 (3.4%)
- Out-of-State: 210 (8.3%)
- Unknown: 2 (0.1%)

 ## Enrollment, Fall 2021

**Total Enrollment: 19,038**

Undergraduate: 15,178 (79.7%)  Graduate: 3,860 (20.3%)

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | 5.5% | 3.6% |
| Black or African American | 30.1% | 19.0% |
| Hispanic or Latino | 14.3% | 5.7% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 5.3% | 2.5% |
| White | 40.8% | 56.9% |
| Unknown or Non-Resident Alien | 3.7% | 11.7% |

**Percentage of Undergraduate Enrollment**

New Transfers: 38.2%
Pell Grant Recipients: 49.2%
Students Age 25 and Over: 18.8%



| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 95.1% | 78.1% |
| Full-time | 83.2% | 43.4% |
| Female | 66.7% | 70.2% |
| Military Service | 724 | 245 |



## Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: **77.9%**

5-Year Change: ▲ 3%

**Total Degrees Awarded: 4,650**

- Bachelor's Degrees: 3,554
- Master's Degrees: 891
- Doctoral/Professional Degrees: 205

5-Year Change: ▲ 19%

**Graduation Rate (Any US University)**
- 4-Year
- 5-Year
- 6-Year

62.6% · 66.8% · 62.6%
57.0%
35.2% · 41.9%

First-Year Class: 2012, 2013, 2014, 2015, 2016

5-Year Change in 4-Year Graduation Rate: ▲ 22%

## Faculty and Staff, Fall 2020

Total Permanent Full-Time Employees: 2,750

| Faculty: 917 | SHRA Staff: 1,088 | EHRA Staff: 745 |
|---|---|---|

Faculty: 917

Tenured/Tenure-Track: **66.4%**

Faculty/Staff Engagement Positivity ............ 65.0%
*Median Public Institution Benchmark* ........ 65.0%

Voluntary Turnover Rate .................................. 5.7%
*Median Public Institution Benchmark* ........ 7.5%

Permanent Full-Time Staff ........................... 1,833

Median Length (Years) of
Faculty/Staff Employment.............................. 7.6

Student to Faculty Ratio ................................ 16:1

## Revenues and Expenditures, FY20

**Revenues**



- Tuitions & Fees (net of aid): 21.8%
- State Appropriations: 34.5%
- Other Revenues: 43.6%

**Total Expenditures: $469.3 million**



- Instruction: 36.4%
- Research: 4.5%
- Public Service: 1.9%
- Student Services: 5.7%
- Academic Support: 10.3%
- Institutional Support: 9.5%
- Other Expenses: 31.8%

## Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ................ $7,373
Tuition & Fees (Out-of-State, On-Campus) ........ $22,532
Students Awarded Grants and Scholarships ...... 20,734
Average Grant or Scholarship Amount
Among Recipients ........................................... $16,902
Average Federal Debt of Bachelor's
Completers (in-state borrowers) .................... $22,031
% of Bachelor's Completers that Borrowed .......... 67.3%
Loan Default Rate ............................................. 5.2%
Average Cost of Attendance after Grants
and Scholarships ........................................... $9,853

## Impact and Engagement

Alumni Working in NC ................................................. 37,566
Research Awards ........................................................ $45M
Economic Impact
In Piedmont Triad ..................................................... $1B
% of Alumni residing in NC ..................................... 71%
NSF I-Corps site for commercializing research
Access, Opportunity and Excellence
Social Mobility ...............#1 in NC and #13 in the nation
First-generation students .........................................37%
Higher Education Excellence in Diversity Award (HEED)
recipient .........................................4th consecutive year

UNCG, Factsheet Page 2



# 2021 Fact Sheet



 **Institutional Characteristics**



| Institution, City | University of North Carolina at Pembroke, Pembroke, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Homeland Security, Law Enforcement, and Firefighting; 2) Social Sciences; 3) Business, Management, and Marketing; 4) Interdisciplinary Studies; 5) Parks, Recreation, Leisure, Fitness, and Kinesiology |
| Carnegie Class | Master's Colleges and Universities (medium programs) |
| Credit Rating | A- (S&P) |
| Total Enrollment | 8,318 (Fall 2021) |

 **Admissions, Fall 2021**

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 91.8%**



- Admitted = 5,123
- Applied = 5,578

**Yield Rate: 17.5%**



- Enrolled = 896
- Admitted = 5,123

**Enrolled Student High School Type:**

- NC Public: 754 (84.2%)
- NC Private: 24 (2.7%)
- Out-of-State: 115 (12.8%)
- Unknown: 3 (0.3%)

**Admissions Metrics for Admitted Students**

**Test Scores:**

Average SAT Reading ............................. 539

Average SAT Math ................................. 527

Average ACT Composite ...................... 20

Average HS GPA ................................... 3.61

Average HS Rank Percentile ............. 65.5

 **Enrollment, Fall 2021**

**Total Enrollment: 8,318**

Undergraduate: 6,317 (75.9%)  Graduate: 2,001 (24.1%)

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | 12.6% | 8.0% |
| Asian | 1.1% | 2.8% |
| Black or African American | 28.6% | 32.7% |
| Hispanic or Latino | 9.6% | 6.5% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 6.9% | 3.5% |
| White | 37.9% | 44.9% |
| Unknown or Non-Resident Alien | 3.1% | 1.3% |

**Percentage of Undergraduate Enrollment**

| | | |
|---|---|---|
| 50.2% | 49.9% | 31.5% |
| New Transfers | Pell Grant Recipients | Students Age 25 and Over |

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 92.6% | 96.7% |
| Full-time | 74.8% | 30.0% |
| Female | 62.9% | 70.6% |
| Military Service | 908 | 117 |

## 🏁 Student Success, Academic Year 20-21



First-to-Second Year Retention Rate: **72.7%**

5-Year Change: ▲ 8%

**Total Degrees Awarded: 1,863**

🟨 Bachelor's Degrees: 1,336
🟦 Master's Degrees: 527

5-Year Change: ▲ 58%

**Graduation Rate (Any US University)**
■ 4-Year ■ 5-Year ■ 6-Year

51.4% → 54.8%
45.5% → 46.1%
24.2% → 28.2%

First-Year Class: 2012, 2013, 2014, 2015, 2016

5-Year Change in 4-Year Graduation Rate: ▲ 26%

## 👥 Faculty and Staff, Fall 2020

Total Permanent Full-Time Employees: 891

| Faculty: 314 | SHRA Staff: 395 | EHRA Staff: 182 |

Faculty: 314

Tenured/Tenure-Track: **71.0%**

Faculty/Staff Engagement Positivity .......... 63.0%
*Median Public Institution Benchmark* ....... 65.0%

Voluntary Turnover Rate ................................. 6.6%
*Median Public Institution Benchmark* .......... 7.5%

Permanent Full-Time Staff ............................... 577

Median Length (Years) of
Faculty/Staff Employment ............................... 8.6

Student to Faculty Ratio ................................. 15:1

## 💲 Revenues and Expenditures, FY20

**Revenues**



🟦 Tuitions & Fees (net of aid): 14.6%
🟨 State Appropriations: 51.2%
🟦 Other Revenues: 34.2%

**Total Expenditures: $144.0 million**



🟨 Instruction: 30.5%
🟦 Research: 0.2%
🟦 Public Service: 1.9%
🟩 Student Services: 5.6%
🟥 Academic Support: 10.9%
🟥 Institutional Support: 12.2%
⬜ Other Expenses: 38.6%

## 💲 Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ................... $3,495
Tuition & Fees (Out-of-State, On-Campus) ............. $7,495
Students Awarded Grants and Scholarships ........... 8,764
Average Grant or Scholarship Amount
Among Recipients ............................................... $11,662
Average Federal Debt of Bachelor's
Completers (in-state borrowers) ........................... $23,836
% of Bachelor's Completers that Borrowed ......... 67.3%
Loan Default Rate .................................................. 9.5%
Average Cost of Attendance after Grants
and Scholarships ................................................ $10,069

## 🌐 Impact and Engagement

Alumni Working in NC ....................................................... 11,096
Research Awards .................................................................... $7M
Student Service-Learning Hours Last 5 Years............. 154,481
% of Alumni Residing in NC .............................................. 90%
Number of Small Businesses Supported ......................... 312
High Impact Degrees Awarded Last 5 Years
    Education Degrees .................................................. 890
    Business Degrees .................................................. 762
    Health Professions ............................................. 1,372

UNCP, Factsheet Page 2

Hoelzer et al v. Lebold, 1:20-cv-1072
MemISOMotClassCert (Rule 23)
Exhibit 1
Page 26 of 44



UNIVERSITY OF NORTH CAROLINA
# SCHOOL OF THE ARTS

# 2021 Fact Sheet

THE UNC SYSTEM



## Institutional Characteristics



| Institution, City | University of North Carolina School of the Arts, Winston Salem, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Visual and Performing Arts; |
| Carnegie Class | Schools of art, music, and design |
| Credit Rating | A2 (Moody's) |
| Total Enrollment | 1,371 (Fall 2021 enrollment) |



## Admissions, Fall 2021

**New Freshman Applications:**

**Admission Rate: 29.8%**
Applied = 1,321
Admitted = 393

**Yield Rate: 52.9%**
Admitted = 393
Enrolled = 208




**High School Type:**



**Enrolled Undergraduate - Freshman:**
NC Public: 79 (38.0%)
Out-of-State: 104 (50.0%)
NC Private: 7 (3.4%)
Unknown: 18 (8.7%)



**Test Scores:**

**Admitted Undergraduate (Average):**

| SAT Reading = 647 | SAT Math = 638 | ACT Composite = 26 |
|---|---|---|

**High School (Median):**

| SAT Reading = 629 | SAT Math = 589 | ACT Composite = 27 |
|---|---|---|

**Admitted High School - All Grades:**
HS NC Public : 236 (74.9%)
HS Out-of-State: 79 (25.1%)



Average HS GPA of Accepted Undergraduates...........3.9

Average HS GPA of
High School Students (Unweighted)......................3.694

Average AP Test Scores of High School Students.......3.2



## Enrollment, Fall 2021

**Total Enrollment: 1,371**

Undergraduate: 938 (68%)

High School: 252 (18%)          Graduate: 181 (13%)

**Percentage of Undergraduate Enrollment**



| | New Transfers | Pell Grant Recipients | Students Age 25 and Over |
|---|---|---|---|
| | 14.4% | 25.8% | 2.9% |

| Race and Ethnicity | High School | Undergraduate | Graduate |
|---|---|---|---|
| American Indian or Alaska Native | 0.4% | <1% | - |
| Asian | 6.7% | 2.8% | 1.7% |
| Black or African American | 7.9% | 9.2% | 11.6% |
| Hispanic or Latino | 6.0% | 12.4% | 6.6% |
| Native Hawaiian or Other Pacific Islander | - | <1% | - |
| Two or More Races | 7.5% | 7.0% | 1.7% |
| White | 67.1% | 64.4% | 66.9% |
| Unknown or Non-Resident Alien | 4.4% | 3.8% | 11.6% |

| Other Demographics | High School | Undergraduate | Graduate |
|---|---|---|---|
| Female | 70.6% | 61.1% | 51.4% |
| Full-time | 100.0% | 97.1% | 98.9% |
| In-State | 79.4% | 51.1% | 43.1% |
| Military Service | - | 89 | 8 |

## Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: **91.2%**

5-Year Change: ▲ 7.5%

**Total Degrees Awarded: 362**

5-Year Change: ▲ 10.3%

- Bachelor's Degrees: 179
- Master's Degrees: 57
- High School Diplomas: 126



Graduation Rate (Any US University)
- 4-Year
- 5-Year
- 6-Year

| First-Year Class | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| 6-Year | 80.7% | | 79.2% | 76.3% | 81.6% |
| 5-Year | 80.1% | | | | |
| 4-Year | 74.3% | | | | |

5-Year Change in 4-Year Graduation Rate: ▲ 7.2%

2021 High School Graduation Rate: 96.9%

## Faculty and Staff, Fall 2020



Total Permanent Full-time Employees: 467

| Faculty: 142 | SHRA Staff: 236 | EHRA Staff: 89 |
|---|---|---|

Faculty/Staff Engagement Positivity ............................ 54.0%
*Median Public Institution Benchmark* ....................... 65.0%

Voluntary Turnover Rate ............................................. 6.7%
*Median Public Institution Benchmark* ......................... 7.5%

Permanent Full-time Staff ........................................... 325

Median Length (Years) of Faculty/Staff
Employment ................................................. 7.4 years

Student to Faculty Ratio ................................................. 6:1

## Revenues and Expenditures, FY20

**Revenues**
- Tuitions & Fees (net of aid): 22.0%
- State Appropriations: 45.5%
- Other Revenues: 32.4%



**Total Expenditures: $71.5 million**
- Instruction: 33.1%
- Student Services: 3.8%
- Research: 0.0%
- Public Service: 3.9%
- Academic Support: 10.2%
- Institutional Support: 23.4%
- Other Expenses: 25.6%



## Undergraduate Tuition and Financial Aid, FY21



Tuition & Fees (In-State, On-Campus)................... $8,941

Tuition & Fees (Out-of-State, On-Campus).......... $26,175

High School In-State Fees............................... $3,101

Students Awarded Grants and Scholarships............ 2,970

Average Grant or Scholarship Amount
Among Recipients................................................. $98,781

Average Federal Debt of Bachelor's
Completers (in-state borrowers)........................ $20,749

% of Bachelor's Completers that Borrowed.......... 60.3%

Loan Default Rate....................................................... 4.1%

Average Cost of Attendance after
Grants and Scholarships...................................... 11,940

## Impact and Engagement



Alumni Working in NC ......................................... 528

Average Annual Performance Attendance ................... 40,000

Average Annual Service Hours
by Artist Corps ............................................... 9,000

Average number of productions, recitals &
film screenings ................................................. 200

Alumni nominated for or won major industry awards (Tony,
Oscar, Emmy, Grammy) .......................................... 47

Alumni Economic Impact on NC ........................... $56 million

University's Economic Impact on NC .................. $102 million

UNCSA, Factsheet Page 2

 

# 2021 Fact Sheet

## 🏛 Institutional Characteristics



| Institution, City | University of North Carolina Wilmington, Wilmington, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Health Professions; 2) Business, Management, and Marketing; 3) Biological and Biomedical Sciences; 4) Psychology; 5) Parks, Recreation, Leisure, Fitness, and Kinesiology |
| Carnegie Class | Research Universities (high research activity) |
| Credit Rating | Aa3 (Moody's) |
| Total Enrollment | 18,030 (Fall 2021) |

## 🔍 Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 68.0%**



- ■ Admitted = 10,736
- ■ Applied = 15,792

**Yield Rate: 22.7%**



- ■ Enrolled = 2,435
- ■ Admitted = 10,736

**Enrolled Student High School Type:**

- ■ NC Public: 1,714 (70.4%)
- ■ NC Private: 224 (9.2%)
- ■ Out-of-State: 470 (19.3%)
- ■ Unknown: 27 (1.1%)

**Admissions Metrics for Admitted Students**

**Test Scores:**

Average SAT Reading ........................... 656

Average SAT Math ............................... 650

Average ACT Composite ..................... 27

Average HS GPA ................................... 4.13

Average HS Rank Percentile ............ 78.1

## 👥 Enrollment, Fall 2021

**Total Enrollment: 18,030**

Undergraduate: 14,488 (80.4%)  |  Graduate: 3,542 (19.6%)

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | 1.9% | 2.1% |
| Black or African American | 4.7% | 10.5% |
| Hispanic or Latino | 7.6% | 5.1% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 3.9% | 2.9% |
| White | 77.3% | 70.9% |
| Unknown or Non-Resident Alien | 4.2% | 7.5% |

**Percentage of Undergraduate Enrollment**

| | New Transfers | Pell Grant Recipients | Students Age 25 and Over |
|---|---|---|---|
| | 44.9% | 26.4% | 17.9% |

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 87.7% | 90.7% |
| Full-time | 81.8% | 36.3% |
| Female | 65.0% | 71.8% |
| Military Service | 1,736 | 390 |



## Student Success, Academic Year 20-21

First-to-Second Year Retention Rate: **83.3%**

**Total Degrees Awarded: 5,084**

- Bachelor's Degrees: 3,913
- Master's Degrees: 1,137
- Doctoral/Professional Degrees: 34

5-Year Change: ▼ -2%

5-Year Change: ▲ 35%

### Graduation Rate (Any US University)
■ 4-Year ■ 5-Year ■ 6-Year

| First-Year Class | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| 6-Year | 85.6% | | 86.0% | | |
| 5-Year | 81.6% | | | | 79.8% |
| 4-Year | 59.9% | | | | 64.1% |

5-Year Change in 4-Year Graduation Rate: ▲ 5%

## Faculty and Staff, Fall 2020

Total Permanent Full-Time Employees: 2,142

| Faculty: 720 | SHRA Staff: 1,017 | EHRA Staff: 405 |
|---|---|---|

Faculty: 720

Tenured/Tenure-Track: **78.6%**

Faculty/Staff Engagement Positivity .......... 61.0%
*Median Public Institution Benchmark* ........ 65.0%

Voluntary Turnover Rate ................................. 5.7%
*Median Public Institution Benchmark* ......... 7.5%

Permanent Full-Time Staff .......................... 1,422

Median Length (Years) of
Faculty/Staff Employment .............................. 6.3

Student to Faculty Ratio ............................... 17:1

## Revenues and Expenditures, FY20

**Revenues**



- Tuitions & Fees (net of aid): 28.9%
- State Appropriations: 35.1%
- Other Revenues: 36.0%

**Total Expenditures: $381.9 million**

- Instruction: 35.6%
- Research: 3.6%
- Public Service: 1.1%
- Student Services: 4.3%
- Academic Support: 8.8%
- Institutional Support: 9.3%
- Other Expenses: 37.3%

## Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ................ $7,134
Tuition & Fees (Out-of-State, On-Campus) .... $21,199
Students Awarded Grants and Scholarships ... 14,842
Average Grant or Scholarship Amount
Among Recipients ....................................... $13,488
Average Federal Debt of Bachelor's
Completers (in-state borrowers) ................. $18,697
% of Bachelor's Completers that Borrowed ......... 52.9%
Loan Default Rate ............................................ 3.9%
Average Cost of Attendance after Grants
and Scholarships ........................................ $17,946

## Impact and Engagement

Alumni Working in NC ........................................ 29,679
Research Awards ................................................ $12M
Student Internships ......................................... 10,342
Students Participating in
Undergraduate Research ................................. 2,375
Education Sector Service (Lab School, Early College, PD
Program)
   School Personnel Partnerships ........................... 9,114
   Professional Development Hours ..................... 18,900
Pandemic Healthcare Assistance
   Health Records Analyzed ............................. 2.2 Million

UNCW, Factsheet Page 2



# 2021 Fact Sheet



 ## Institutional Characteristics



| Institution, City | Western Carolina University, Cullowhee, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Business, Management, and Marketing; 2) Health Professions; 3) Education; 4) Homeland Security, Law Enforcement, and Firefighting; 5) Visual and Performing Arts |
| Carnegie Class | Master's Colleges and Universities (larger programs) |
| Credit Rating | Aa3 (Moody's) |
| Total Enrollment | 11,877 (Fall 2021) |

 ## Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 79.4%**

- Admitted = 9,775
- Applied = 12,308

**Yield Rate: 17.7%**

- Enrolled = 1,729
- Admitted = 9,775

**Admissions Metrics for Admitted Students**

**Test Scores:**

Average SAT Reading ........................... 586

Average SAT Math ............................... 572

Average ACT Composite ..................... 22

Average HS GPA ................................. 3.84

Average HS Rank Percentile ............. 67.3

**Enrolled Student High School Type:**

- NC Public: 1,334 (77.2%)
- NC Private: 47 (2.7%)
- Out-of-State: 328 (19.0%)
- Unknown: 20 (1.2%)

 ## Enrollment, Fall 2021

**Total Enrollment: 11,877**

Undergraduate: 10,145 (85.4%)  Graduate: 1,732 (14.6%)

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | 1.3% | 1.3% |
| Black or African American | 6.0% | 6.8% |
| Hispanic or Latino | 7.7% | 6.4% |
| Native Hawaiian or Other Pacific Islander | <1% | <1% |
| Two or More Races | 3.4% | 2.7% |
| White | 77.2% | 80.3% |
| Unknown or Non-Resident Alien | 3.4% | 1.7% |

**Percentage of Undergraduate Enrollment**



New Transfers 37.4%; Pell Grant Recipients 35.0%; Students Age 25 and Over 19.9%

| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 85.6% | 87.1% |
| Full-time | 81.2% | 53.8% |
| Female | 56.4% | 67.9% |
| Military Service | 1,113 | 178 |

## Student Success, Academic Year 20-21



First-to-Second Year Retention Rate: **74.6%**

5-Year Change: ▼ -7%

**Total Degrees Awarded: 2,946**

- Bachelor's Degrees: 2,337
- Master's Degrees: 544
- Doctoral/Professional Degrees: 65

5-Year Change: ▲ 13%

**Graduation Rate (Any US University)**

- ■ 4-Year  ■ 5-Year  ■ 6-Year

70.8% ... 71.6%
65.5% ... 67.4%
43.9% ... 46.5%

2012  2013  2014  2015  2016
First-Year Class

5-Year Change in 4-Year Graduation Rate: ▲ 0%

## Faculty and Staff, Fall 2020



Total Permanent Full-Time Employees: 1,585

| Faculty: 564 | SHRA Staff: 680 | EHRA Staff: 341 |

Faculty: 564

Tenured/Tenure-Track: **68.1%**

Faculty/Staff Engagement Positivity ............ 66.0%
*Median Public Institution Benchmark* ........ 65.0%

Voluntary Turnover Rate ................................. 6.1%
*Median Public Institution Benchmark* ........ 7.5%

Permanent Full-Time Staff ............................ 1,021

Median Length (Years) of
Faculty/Staff Employment .............................. 7.7

Student to Faculty Ratio ................................ 17:1

## Revenues and Expenditures, FY20

**Revenues**



- Tuitions & Fees (net of aid): 13.7%
- State Appropriations: 41.4%
- Other Revenues: 44.9%

**Total Expenditures: $249.8 million**



- Instruction: 33.0%
- Research: 1.1%
- Public Service: 2.7%
- Student Services: 4.8%
- Academic Support: 7.8%
- Institutional Support: 12.1%
- Other Expenses: 38.5%

## Undergraduate Tuition and Financial Aid, FY21

Tuition & Fees (In-State, On-Campus) ............... $3,891

Tuition & Fees (Out-of-State, On-Campus) ....... $7,891

Students Awarded Grants and Scholarships ...... 14,152

Average Grant or Scholarship Amount
Among Recipients ........................................ $22,562

Average Federal Debt of Bachelor's
Completers (in-state borrowers) ..................... $20,970

% of Bachelor's Completers that Borrowed .......... 59.7%

Loan Default Rate ........................................... 6.5%

Average Cost of Attendance after Grants
and Scholarships .......................................... $13,221

## Impact and Engagement

Alumni Working in NC ..................................... 21,567
Research Awards .............................................. $6M
WCU COVID-19 Vaccination Clinic
    People Vaccinated ............................... 15,000+
    Volunteers ............................................ 500
    Volunteer Hours ................................ 11,000+
Community Service Hours Completed ............... 70,000+
The Belcher College of Fine and Performing Art
    Exhibitions and Performances ................. 600
    Attendees .......................................... 45,000



# 2021 Fact Sheet



 ## Institutional Characteristics



| Institution, City | Winston-Salem State University, Winston-Salem, NC |
|---|---|
| Top 5 Undergraduate Degree Fields | 1) Health Professions; 2) Parks, Recreation, Leisure, Fitness, and Kinesiology; 3) Biological and Biomedical Sciences; 4) Business, Management, and Marketing; 5) Liberal Arts and Sciences |
| Carnegie Class | Master's Colleges and Universities (medium programs) |
| Credit Rating | A3 (Moody's) |
| Total Enrollment | 5,226 (Fall 2021) |

 ## Admissions, Fall 2021

Note: Submitting test scores was optional in Fall 2020 and 2021

**New Freshman Applications:**

**Admission Rate: 81.5%**

- Admitted = 4,415
- Applied = 5,419

**Yield Rate: 20.7%**

- Enrolled = 912
- Admitted = 4,415

**Admissions Metrics for Admitted Students**

**Test Scores:**

| | |
|---|---|
| Average SAT Reading | 505 |
| Average SAT Math | 490 |
| Average ACT Composite | 17 |
| Average HS GPA | 3.44 |
| Average HS Rank Percentile | 63.7 |

**Enrolled Student High School Type:**

- NC Public: 740 (81.1%)
- NC Private: 6 (0.7%)
- Out-of-State: 122 (13.4%)
- Unknown: 44 (4.8%)





 ## Enrollment, Fall 2021

**Total Enrollment: 5,226**

Undergraduate: 4,726 (90.4%)  Graduate: 500 (9.6%)

| Race and Ethnicity | Undergraduate | Graduate |
|---|---|---|
| American Indian or Alaska Native | <1% | <1% |
| Asian | <1% | 2.0% |
| Black or African American | 78.1% | 47.6% |
| Hispanic or Latino | 4.4% | 4.0% |
| Native Hawaiian or Other Pacific Islander | <1% | 0% |
| Two or More Races | 4.2% | 3.6% |
| White | 7.5% | 28.0% |
| Unknown or Non-Resident Alien | 4.5% | 14.2% |

**Percentage of Undergraduate Enrollment**

- New Transfers: 30.4%
- Pell Grant Recipients: 65.4%
- Students Age 25 and Over: 14.7%



| Other Demographics | Undergraduate | Graduate |
|---|---|---|
| In-State | 87.3% | 89.6% |
| Full-time | 83.8% | 72.2% |
| Female | 76.2% | 81.0% |
| Military Service | 135 | 8 |

Hoelzer et al v. Lebold, 1:20-cv-1072
MemISOMotClassCert (Rule 23)
Exhibit 1
Page 33 of 44

## Student Success, Academic Year 20-21

**First-to-Second Year Retention Rate:** 76.2%

5-Year Change: ▼ -1%

**Total Degrees Awarded: 1,158**

5-Year Change: ▼ -9%

- Bachelor's Degrees: 983
- Master's Degrees: 105
- Doctoral/Professional Degrees: 70

### Graduation Rate (Any US University)

Legend: ■ 4-Year  ■ 5-Year  ■ 6-Year



First-Year Class: 2012, 2013, 2014, 2015, 2016

- 55.6% ... 55.5%
- 49.7% ... 47.9%
- 25.7% ... 37.6%

5-Year Change in 4-Year Graduation Rate: ▲ 34%

## Faculty and Staff, Fall 2020

**Total Permanent Full-Time Employees: 798**

| Faculty: 267 | SHRA Staff: 371 | EHRA Staff: 160 |

**Faculty: 267**

Tenured/Tenure-Track: 76.8%

Faculty/Staff Engagement Positivity ............ 51.0%
*Median Public Institution Benchmark* ........ 65.0%

Voluntary Turnover Rate .................................. 6.3%
*Median Public Institution Benchmark* ............ 7.5%

Permanent Full-Time Staff .............................. 531

Median Length (Years) of
Faculty/Staff Employment ................................. 9.7

Student to Faculty Ratio .................................. 16:1

## Revenues and Expenditures, FY20

**Revenues**



- Tuitions & Fees (net of aid): 11.7%
- State Appropriations: 39.4%
- Other Revenues: 48.9%

**Total Expenditures: $141.0 million**

- Instruction: 31.9%
- Research: 2.1%
- Public Service: 0.4%
- Student Services: 5.2%
- Academic Support: 5.7%
- Institutional Support: 13.9%
- Other Expenses: 40.8%

## Undergraduate Tuition and Financial Aid, FY21



Tuition & Fees (In-State, On-Campus) ................ $5,937
Tuition & Fees (Out-of-State, On-Campus) ......... $16,594
Students Awarded Grants and Scholarships ........ 7,544
Average Grant or Scholarship Amount
Among Recipients ........................................... $16,276
Average Federal Debt of Bachelor's
Completers (in-state borrowers) ...................... $23,080
% of Bachelor's Completers that Borrowed ......... 71.8%
Loan Default Rate ............................................ 13.6%
Average Cost of Attendance after Grants
and Scholarships ............................................ $11,868

## Impact and Engagement



Alumni Working in NC ............................................. 13,324
Research Awards ....................................................... $9M
Critical Workforce Degrees Awarded ......................... 713
Teacher Retention in NC Public Schools .................... 87%
Community Service ..................................... 45,000 hours
Social Mobility .............................. #1 HBCU in the nation
Regional Economic Impact ................................... $500 M

Ranked 1st in the UNC System for undergraduates
getting jobs in North Carolina after graduation.

WSSU, Factsheet Page 2

5/1/22, 8:51 PM                                                                                          Bureau of Labor Statistics Data

 **U.S. BUREAU OF LABOR STATISTICS**

# Databases, Tables & Calculators by Subject

**Change Output Options:** From: 2012 ▾ To: 2022 ▾ GO

☐ include graphs ☐ include annual averages → **More Formatting Options →**

Data extracted on: May 1, 2022 (8:37:20 PM)

**Job Openings and Labor Turnover Survey**

**Series Id:** JTS923000000000000LDR
Seasonally adjusted
**Industry:** State and local government education
**State/Region:** Total US
**Area:** All areas
**Data Element:** Layoffs and discharges
**Size Class:** All size classes
**Rate/Level:** Rate

**Download:** 🗎 xlsx

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2012 | 0.4 | 0.4 | 0.5 | 0.6 | 0.5 | 0.4 | 0.4 | 0.4 | 0.3 | 0.4 | 0.4 | 0.3 |
| 2013 | 0.5 | 0.4 | 0.4 | 0.3 | 0.4 | 0.5 | 0.4 | 0.4 | 0.5 | 0.5 | 0.4 | 0.5 |
| 2014 | 0.4 | 0.4 | 0.4 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.4 | 0.3 | 0.4 |
| 2015 | 0.4 | 0.4 | 0.6 | 0.5 | 0.5 | 0.5 | 0.4 | 0.5 | 0.6 | 0.5 | 0.6 | 0.6 |
| 2016 | 0.5 | 0.5 | 0.5 | 0.5 | 0.7 | 0.5 | 0.3 | 0.6 | 0.5 | 0.4 | 0.5 | 0.3 |
| 2017 | 0.4 | 0.7 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.3 | 0.5 | 0.4 | 0.6 |
| 2018 | 0.5 | 0.5 | 0.5 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.6 | 0.5 | 0.6 | 0.5 |
| 2019 | 0.4 | 0.6 | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| 2020 | 0.4 | 0.3 | 1.3 | 1.1 | 1.0 | 1.1 | 0.6 | 0.5 | 0.5 | 0.6 | 0.3 | 0.3 |
| 2021 | 0.2 | 0.3 | 0.4 | 0.3 | 0.3 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.3 |
| 2022 | 0.3 | 0.4(P) | | | | | | | | | | |
| P : preliminary | | | | | | | | | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Series Id:** JTU923000000000000LDR
Not seasonally adjusted
**Industry:** State and local government education
**State/Region:** Total US
**Area:** All areas
**Data Element:** Layoffs and discharges
**Size Class:** All size classes
**Rate/Level:** Rate

**Download:** 🗎 xlsx

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2012 | 0.3 | 0.1 | 0.2 | 0.3 | 1.0 | 1.0 | 0.8 | 0.6 | 0.2 | 0.2 | 0.1 | 0.3 |
| 2013 | 0.4 | 0.1 | 0.2 | 0.1 | 0.7 | 1.2 | 0.8 | 0.6 | 0.4 | 0.3 | 0.1 | 0.5 |
| 2014 | 0.3 | 0.2 | 0.1 | 0.2 | 0.8 | 0.9 | 0.7 | 0.7 | 0.3 | 0.2 | 0.1 | 0.4 |
| 2015 | 0.3 | 0.2 | 0.2 | 0.2 | 0.9 | 1.2 | 0.8 | 0.8 | 0.4 | 0.3 | 0.2 | 0.6 |
| 2016 | 0.5 | 0.2 | 0.2 | 0.3 | 1.0 | 1.1 | 0.6 | 0.9 | 0.4 | 0.2 | 0.2 | 0.3 |
| 2017 | 0.4 | 0.3 | 0.1 | 0.2 | 0.7 | 0.9 | 1.0 | 0.9 | 0.3 | 0.2 | 0.2 | 0.6 |
| 2018 | 0.4 | 0.2 | 0.2 | 0.2 | 0.6 | 0.9 | 1.1 | 0.8 | 0.5 | 0.3 | 0.2 | 0.5 |
| 2019 | 0.3 | 0.3 | 0.2 | 0.2 | 0.7 | 1.0 | 1.1 | 0.6 | 0.3 | 0.2 | 0.2 | 0.4 |
| 2020 | 0.4 | 0.1 | 0.9 | 0.9 | 1.2 | 1.7 | 1.1 | 0.8 | 0.4 | 0.4 | 0.1 | 0.3 |
| 2021 | 0.2 | 0.1 | 0.2 | 0.2 | 0.5 | 0.5 | 0.7 | 0.5 | 0.3 | 0.2 | 0.2 | 0.3 |
| 2022 | 0.2 | 0.2(P) | | | | | | | | | | |
| P : preliminary | | | | | | | | | | | | |

U.S. BUREAU OF LABOR STATISTICS  Postal Square Building   2 Massachusetts Avenue NE   Washington, DC 20212-0001

Telephone:1-202-691-5200   Telecommunications Relay Service:7-1-1   www.bls.gov   Contact Us

Bureau of Labor Statistics

## Job Openings and Labor Turnover Survey
## Original Data Value

| | |
|---|---|
| **Series Id:** | JTU923000000000000LDR |
| **Not seasonally adjusted** | |
| **Industry:** | State and local government education |
| **State/Region:** | Total US |
| **Area:** | All areas |
| **Data Element:** | Layoffs and discharges |
| **Size Class:** | All size classes |
| **Rate/Level:** | Rate |
| **Years:** | 2012 to 2022 |

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | AVG |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| **2012** | 0.3 | 0.1 | 0.2 | 0.3 | 1.0 | 1.0 | 0.8 | 0.6 | 0.2 | 0.2 | 0.1 | 0.3 | 0.4 |
| **2013** | 0.4 | 0.1 | 0.2 | 0.1 | 0.7 | 1.2 | 0.8 | 0.6 | 0.4 | 0.3 | 0.1 | 0.5 | 0.5 |
| **2014** | 0.3 | 0.2 | 0.1 | 0.2 | 0.8 | 0.9 | 0.7 | 0.7 | 0.3 | 0.2 | 0.1 | 0.4 | 0.4 |
| **2015** | 0.3 | 0.2 | 0.2 | 0.2 | 0.9 | 1.2 | 0.8 | 0.8 | 0.4 | 0.3 | 0.2 | 0.6 | 0.5 |
| **2016** | 0.5 | 0.2 | 0.2 | 0.3 | 1.0 | 1.1 | 0.6 | 0.9 | 0.4 | 0.2 | 0.2 | 0.3 | 0.5 |
| **2017** | 0.4 | 0.3 | 0.1 | 0.2 | 0.7 | 0.9 | 1.0 | 0.9 | 0.3 | 0.2 | 0.2 | 0.6 | 0.5 |
| **2018** | 0.4 | 0.2 | 0.2 | 0.2 | 0.6 | 0.9 | 1.1 | 0.8 | 0.5 | 0.3 | 0.2 | 0.5 | 0.5 |
| **2019** | 0.3 | 0.3 | 0.2 | 0.2 | 0.7 | 1.0 | 1.1 | 0.6 | 0.3 | 0.2 | 0.2 | 0.4 | 0.5 |
| **2020** | 0.4 | 0.1 | 0.9 | 0.9 | 1.2 | 1.7 | 1.1 | 0.8 | 0.4 | 0.4 | 0.1 | 0.3 | 0.7 |
| **2021** | 0.2 | 0.1 | 0.2 | 0.2 | 0.5 | 0.5 | 0.7 | 0.5 | 0.3 | 0.2 | 0.2 | 0.3 | 0.3 |
| **2022** | 0.2 | 0.2 | | | | | | | | | | | 0.5 |
| | | | | | | | | | | | | | |
| **AVG** | 0.3 | 0.2 | 0.3 | 0.3 | 0.8 | 1.0 | 0.9 | 0.7 | 0.4 | 0.3 | 0.2 | 0.4 | 0.5 |

Source: Bureau of Labor Statistics

Generated on: May 1, 2022 (08:37:38 PM)

5/1/22, 7:04 PM                                                    Bureau of Labor Statistics Data

 **U.S. BUREAU OF LABOR STATISTICS**

# Databases, Tables & Calculators by Subject

**Change Output Options:**   From: 2012   To: 2022   GO

☑ include graphs  ☑ include annual averages    **More Formatting Options ➡**

Data extracted on: May 1, 2022 (7:03:44 PM)

**Job Openings and Labor Turnover Survey**

**Series Id:**      JTS610000000000000LDR
Seasonally adjusted
**Industry:**       Educational services
**State/Region:**   Total US
**Area:**           All areas
**Data Element:**   Layoffs and discharges
**Size Class:**     All size classes
**Rate/Level:**     Rate

**Download:** 📊 xlsx

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2012 | 1.8 | 0.8 | 0.8 | 1.2 | 1.3 | 1.2 | 1.1 | 0.8 | 0.7 | 1.7 | 1.0 | 1.1 |
| 2013 | 1.0 | 1.4 | 1.2 | 1.2 | 1.0 | 1.0 | 1.1 | 1.5 | 1.4 | 0.9 | 1.2 | 1.3 |
| 2014 | 1.4 | 1.0 | 1.4 | 0.9 | 1.0 | 0.9 | 1.0 | 1.0 | 1.3 | 0.9 | 0.8 | 0.9 |
| 2015 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 1.1 | 0.7 | 1.1 | 1.3 | 1.1 | 1.1 | 0.6 |
| 2016 | 1.0 | 1.2 | 1.0 | 1.1 | 1.0 | 1.1 | 1.0 | 0.7 | 0.6 | 0.8 | 0.9 | 0.8 |
| 2017 | 0.8 | 0.4 | 0.9 | 1.0 | 1.0 | 1.0 | 0.9 | 0.9 | 0.9 | 1.3 | 1.1 | 1.3 |
| 2018 | 1.2 | 1.1 | 1.1 | 0.9 | 0.9 | 0.9 | 1.5 | 1.2 | 1.0 | 0.8 | 1.3 | 1.1 |
| 2019 | 1.2 | 1.2 | 1.0 | 1.1 | 1.1 | 0.7 | 0.7 | 0.9 | 0.9 | 0.8 | 0.8 | 0.7 |
| 2020 | 0.5 | 0.7 | 8.6 | 8.0 | 1.4 | 1.2 | 1.2 | 0.4 | 0.8 | 1.0 | 1.2 | 1.7 |
| 2021 | 0.4 | 0.7 | 0.6 | 0.7 | 0.5 | 0.5 | 0.5 | 0.7 | 0.6 | 0.6 | 0.6 | 0.5 |
| 2022 | 0.6 | 0.8(P) |   |   |   |   |   |   |   |   |   |   |
| P : preliminary | | | | | | | | | | | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Series Id:**      JTU610000000000000LDR
Not seasonally adjusted
**Industry:**       Educational services
**State/Region:**   Total US
**Area:**           All areas
**Data Element:**   Layoffs and discharges
**Size Class:**     All size classes
**Rate/Level:**     Rate

**Download:** 📊 xlsx

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2012 | 1.4 | 0.3 | 0.3 | 0.7 | 1.8 | 2.9 | 2.1 | 1.3 | 0.7 | 0.8 | 0.5 | 0.8 |
| 2013 | 0.8 | 0.6 | 0.5 | 0.7 | 1.4 | 2.7 | 1.9 | 2.4 | 1.4 | 0.5 | 0.5 | 1.0 |
| 2014 | 1.2 | 0.4 | 0.7 | 0.5 | 1.4 | 2.4 | 1.7 | 1.6 | 1.2 | 0.5 | 0.3 | 0.7 |
| 2015 | 0.8 | 0.3 | 0.4 | 0.5 | 1.5 | 2.9 | 1.1 | 1.8 | 1.0 | 0.6 | 0.4 | 0.4 |
| 2016 | 1.0 | 0.6 | 0.5 | 0.7 | 1.7 | 2.7 | 1.5 | 1.3 | 0.5 | 0.5 | 0.3 | 0.6 |
| 2017 | 0.8 | 0.2 | 0.4 | 0.6 | 1.8 | 2.7 | 1.2 | 1.6 | 0.7 | 0.6 | 0.5 | 1.0 |
| 2018 | 1.1 | 0.5 | 0.5 | 0.6 | 1.6 | 2.3 | 2.0 | 2.1 | 0.8 | 0.4 | 0.6 | 0.8 |
| 2019 | 1.1 | 0.5 | 0.5 | 0.7 | 1.9 | 1.7 | 1.0 | 1.6 | 0.7 | 0.4 | 0.4 | 0.5 |
| 2020 | 0.5 | 0.3 | 7.8 | 7.5 | 2.0 | 2.4 | 1.5 | 1.1 | 0.6 | 0.6 | 0.7 | 1.3 |
| 2021 | 0.4 | 0.3 | 0.3 | 0.5 | 0.8 | 1.2 | 0.6 | 1.3 | 0.5 | 0.3 | 0.3 | 0.4 |
| 2022 | 0.5 | 0.4(P) |   |   |   |   |   |   |   |   |   |   |
| P : preliminary | | | | | | | | | | | | |

U.S. BUREAU OF LABOR STATISTICS  Postal Square Building   2 Massachusetts Avenue NE   Washington, DC 20212-0001

Telephone:1-202-691-5200_  Telecommunications Relay Service:7-1-1_   www.bls.gov   Contact Us

Bureau of Labor Statistics

**Job Openings and Labor Turnover Survey**
**Original Data Value**

| | |
|---|---|
| **Series Id:** | JTS610000000000000LDR |
| **Seasonally adjusted** | |
| **Industry:** | Educational services |
| **State/Region:** | Total US |
| **Area:** | All areas |
| **Data Element:** | Layoffs and discharges |
| **Size Class:** | All size classes |
| **Rate/Level:** | Rate |
| **Years:** | 2012 to 2022 |

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | AVG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2012** | 1.8 | 0.8 | 0.8 | 1.2 | 1.3 | 1.2 | 1.1 | 0.8 | 0.7 | 1.7 | 1.0 | 1.1 | 1.1 |
| **2013** | 1.0 | 1.4 | 1.2 | 1.2 | 1.0 | 1.0 | 1.1 | 1.5 | 1.4 | 0.9 | 1.2 | 1.3 | 1.2 |
| **2014** | 1.4 | 1.0 | 1.4 | 0.9 | 1.0 | 0.9 | 1.0 | 1.0 | 1.3 | 0.9 | 0.8 | 0.9 | 1.0 |
| **2015** | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 1.1 | 0.7 | 1.1 | 1.1 | 1.3 | 1.1 | 0.6 | 1.0 |
| **2016** | 1.0 | 1.2 | 1.0 | 1.1 | 1.0 | 1.1 | 1.0 | 0.7 | 0.6 | 0.8 | 0.9 | 0.8 | 0.9 |
| **2017** | 0.8 | 0.4 | 0.9 | 1.0 | 1.0 | 1.0 | 0.9 | 0.9 | 0.9 | 1.3 | 1.1 | 1.3 | 1.0 |
| **2018** | 1.2 | 1.1 | 1.1 | 0.9 | 0.9 | 0.9 | 1.5 | 1.2 | 1.0 | 0.8 | 1.3 | 1.1 | 1.1 |
| **2019** | 1.2 | 1.2 | 1.0 | 1.1 | 1.1 | 0.7 | 0.7 | 0.9 | 0.9 | 0.8 | 0.8 | 0.7 | 0.9 |
| **2020** | 0.5 | 0.7 | 8.6 | 8.0 | 1.4 | 1.2 | 1.2 | 0.4 | 0.8 | 1.0 | 1.2 | 1.7 | 2.2 |
| **2021** | 0.4 | 0.7 | 0.6 | 0.7 | 0.5 | 0.5 | 0.5 | 0.7 | 0.6 | 0.6 | 0.6 | 0.5 | 0.6 |
| **2022** | 0.6 | 0.8 | | | | | | | | | | | 0.7 |
| | | | | | | | | | | | | | 1.1 |
| **AVG** | 1.0 | 0.9 | 1.8 | 1.7 | 1.0 | 1.0 | 1.0 | 0.9 | 0.9 | 1.0 | 1.0 | 1.0 | 1.1 |

Source: Bureau of Labor Statistics

Generated on: May 1, 2022 (08:39:28 PM)

Hoelzer et al v. Lebold, 1:20-cv-1072
MemISOMotClassCert (Rule 23)
Exhibit 1
Page 39 of 44



## HR PROFESSIONALS
## (Login Required)



## SYSTEM OFFICE
## EMPLOYEES



## INSTITUTION FACULTY
## AND STAFF

Case 1:20-cv-01072-LCB-LPA   Document 30-1   Filed 05/02/22   Page 39 of 44

Hoelzer et al v. Lebold, 1:20-cv-1072
MemISOMotClassCert (Rule 23)
Exhibit 1
Page 40 of 44

# SYSTEM-WIDE PERMANENT FACULTY AND STAFF

*(as of October 2021; reflects benefits-eligible employees)*

## 14,094

### FACULTY

## 10,827

### EHRA NON-FACULTY

## 21,594

### SHRA EMPLOYEES

**VISIT YOUR INSTITUTION'S HR OFFICE:**

Case 1:20-cv-01072-LCB-LPA   Document 30-1   Filed 05/02/22   Page 40 of 44

 https://myapps.northcarolina.edu/hr/ 



CAREERS    POLICIES AND FORMS ⌄    ABOUT ⌄    SIGN IN    



# WELCOME TO UNC SYSTEM HUMAN RESOURCES!

UNC System Human Resources provides human resources services, specialized expertise, and policy administration in support of the more than 48,000 faculty and staff of the University of North Carolina System. This includes the UNC System Office in Chapel Hill, the 17



# WELCOME TO UNC SYSTEM HUMAN RESOURCES!

UNC System Human Resources provides human resources services, specialized expertise, and policy administration in support of the more than 48,000 faculty and staff of the University of North Carolina System. This includes the UNC System Office in Chapel Hill, the 17 constituent institutions located throughout the state of North Carolina, PBS North Carolina, the NC Arboretum, and the NC State Education Assistance Authority.

For information on COVID-19, please click the most appropriate link: System Office Employees, Constituent Institution Faculty and Staff, or HR Professionals.



**HR PROFESSIONALS (Login Required)**



**SYSTEM OFFICE EMPLOYEES**



**INSTITUTION FACULTY AND STAFF**

Hoelzer et al v. Lebold, 1:20-cv-1072
MemISOMotClassCert (Rule 23)
Exhibit 1
Page 43 of 44

 https://myapps.northcarolina.edu/hr/ 



CAREERS   POLICIES AND FORMS ⌄   ABOUT ⌄   SIGN IN

## SYSTEM-WIDE PERMANENT FACULTY AND STAFF

*(as of October 2021; reflects benefits-eligible employees)*

| 14,094 | 10,827 | 21,594 |
|--------|--------|--------|
| FACULTY | EHRA NON-FACULTY | SHRA EMPLOYEES |

### VISIT YOUR INSTITUTION'S HR OFFICE:

        



5/1/22, 6:11 PM                                    Human Resources | UNC System Office





Case 1:20-cv-01072-LCB-LPA   Document 30-1   Filed 05/02/22   Page 44 of 44