IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:20-cv-1072-LCB-LPA

MARTHA HOELZER and all similarly situated individuals,

            Plaintiff,

v.

DANIEL LEBOLD,

            Defendant.

)
)
)
)
)
)
)
)
)
)
)

**CERTIFICATE OF WORD COUNT FOR MEMORANDUM IN SUPPORT OF RULE 23 MOTION**

I certify that the Plaintiff's Memorandum in Support of Plaintiff's Motion to Certify Class and Appoint Class Counsel filed on May 2, 2020 (but erroneously dated May 3, 2022) conforms to the requirements of LR 7.3(d). The length of the memorandum is less than 6250 words, excluding the caption, signature lines, certificate of service, and any cover page or index.

Respectfully submitted, this the 3rd day of May 2022.

/S/ VALERIE L. BATEMAN
NC State Bar: 13417
T:  919-810-3139
F: 919-823-6383
NEW SOUTH LAW FIRM
209 Lloyd St., Ste 350
Carrboro, NC  27510
valerie@newsouthlawfirm
*Attorneys for Plaintiff*

/S/ JUNE K. ALLISON
NC State Bar: 9673
T: 704-277-0113
F: 919-823-6383
New South Law Firm
233 S. Laurel Avenue
Charlotte,  NC  28207
June@newsouthlawfirm
*Attorneys for Plaintiffs*

- 1 -

## CERTIFICATE OF FILING AND SERVICE

This is to certify that the undersigned has this day electronically filed or caused to be filed the foregoing CERTIFICATE OF WORD COUNT with the Clerk of Court using the CM/ECF system, which will send notification of such filing all counsel of record, or if not filed, via email, and upon request, by U.S. Mail within 24 hours after the request:

This the 3rd day of May 2022.

/s/    VALERIE L. BATEMAN
New South Law Firm

Case 1:20-cv-01072-LCB-LPA   Document 31   Filed 05/03/22   Page 2 of 2