IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION No: 1:20-CV-1072

| | |
|---|---|
| MARTHA HOELZER and all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>THE BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL and RAYMOND FARROW, in his individual and official capacity, BARBARA J. STEPHENSON, in her individual and official capacity, DANIEL LEBOLD, in his individual and official capacity, DAVID ROUTH, in his individual and official capacity, and DEBBIE DIBBERT, in her individual and official capacity,<br><br>Defendants. | **DEFENDANT'S CONSENT MOTION TO STAY PENDING A RULING ON THE MOTION FOR JUDGMENT ON THE PLEADINGS** |

Under Rule 26(c) of the Federal Rules of Civil Procedure, Defendant Daniel Lebold moves to stay discovery in this matter pending a ruling on the April 26, 2022, Motion for Judgment on the Pleadings. ECF 27. Plaintiff consents to this motion.

In support of this motion, Lebold relies on the arguments in the brief in support of this motion.

1

This 9th day of May, 2022.

                                  JOSHUA H. STEIN
                                  Attorney General

                                  /s/ Kenzie M. Rakes
                                  Kenzie M. Rakes
                                  Assistant Attorney General
                                  NC State Bar No. 46349
                                  krakes@ncdoj.gov

                                  North Carolina Department of Justice
                                  PO Box 629
                                  Raleigh, NC  27602
                                  Tel: 919-716-6920
                                  Fax: 919-716-6764

                                  *Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT'S CONSENT MOTION TO STAY PENDING A RULING ON THE MOTION FOR JUDGMENT ON THE PLEADINGS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users, including Plaintiff's counsel, Valerie Bateman (valerie@newsouthlawfirm.com).

This 9th day of May, 2022.

/s/ Kenzie M. Rakes
Kenzie M. Rakes
Assistant Attorney General

3