IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:20-CV-1072

| | |
|---|---|
| MARTHA HOELZER and all similarly situated individuals,<br><br>      Plaintiff,<br><br>  v.<br><br>THE BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL and RAYMOND FARROW, in his individual and official capacity, BARBARA J. STEPHENSON, in her individual and official capacity, DANIEL LEBOLD, in his individual and official capacity, DAVID ROUTH, in his individual and official capacity, and DEBBIE DIBBERT, in her individual and official capacity,<br><br>      Defendants. | **DECLARATION OF DANIEL LEBOLD** |

    Under 28 U.S.C. § 1746, Daniel Lebold, under penalty of perjury, hereby declares and states as follows:

    1.    I am over the age of eighteen, of sound mind, and otherwise competent to make this Declaration. The facts set forth in this Declaration are based on my personal knowledge.

    2.    I am a named Defendant in this lawsuit.

1

Exhibit 1

Case 1:20-cv-01072-LCB-LPA   Document 35-1   Filed 05/23/22   Page 1 of 3

3. I am the Director of Development for UNC Global at UNC Chapel Hill.

4. UNC Global (now Office of the Vice Provost for Global Affairs) is primarily responsible for sharing and implementing UNC Chapel Hill's global strategy while supporting global activities across campus. UNC Global has six units: (1) Global Partnership and Programs, (2) Global Research Institute, (3) International Student and Scholar Services, (4) Development, (5) Duke-UNC Rotary Peace Center, and (6) Unified Business Cluster. Development supports UNC Chapel Hill's global strategy through fundraising and engagement with alumni, volunteers, and friends. Key fundraising priorities include: student scholarships for study abroad and global internships, global faculty support and professorships, global research and institutional exchanges, campus international events and conferences, and other activities designed to advance global education mission objectives across the UNC Chapel Hill campus.

5. I started as the Director of Development in 2005. I currently supervise two employees, but I have supervised as many as four employees.

6. During my seventeen years as Director, I have supervised approximately nine different people. Of those nine people, I have only terminated one employee: Martha Hoelzer.

7. I review job classifications and make a recommendation about the classification of my direct reports based on job duties, but I do not classify any employee.

8. In addition, I do not hire employees. I make a recommendation about which candidate to hire, but it is my understanding that the department funding the position in consultation with Human Resources makes the ultimate decision about who to hire.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18 day of May 2022.

*Daniel Lebold*
DANIEL LEBOLD