IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARTHA HOELZER and all similarly situated individuals,

    Plaintiff,

v.

THE BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA., *et al.*,

    Defendants.

1:20CV1072

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion for Judgment on the Pleadings, (ECF No. 27), is **GRANTED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion to Certify Class and Appoint Class Counsel, (ECF No. 29), is **DENIED**, and this action is hereby **DISMISSED**.

This, the 13th day of March 2023.

/s/Loretta C. Biggs
United States District Judge