FILED: April 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1391
(1:20-cv-01072-LCB-LPA)

_____

MARTHA HOELZER, and all similarly situated individuals

      Plaintiff - Appellant

v.

BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA; THE UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; RAYMOND FARROW, in his individual and official capacity; BARBARA J. STEPHENSON, in her individual and official capacity; DANIEL LEBOLD, in his individual and official capacity; DAVID ROUTH, in his individual and official capacity; DEBBIE DIBBERT, in her individual and official capacity

      Defendants - Appellees

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK